# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| *Palanki*, 3:19cv2324 | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## DEPOSITION DESIGNATIONS ORDER NO. 1

This Order addresses the parties' respective affirmative designations, counter-designations, and objections for the below witness depositions. The Court will not review Defendants' deposition designations for Elliott Berger. Federal Rule of Civil Procedure 32(a)(3) precludes Defendants from designating or introducing Berger's 30(b)(6) testimony at trial. Berger's deposition testimony in his individual/personal capacity falls within the Court's prior rulings in this case and on the record at the pretrial conference for *Blum*, which are incorporated by reference here, that it would no longer review and rule on deposition designations, counters, and objections for any witness deposition previously submitted to the Court for review. *See* Pretrial Order No. 5, ECF No. 32.

1.    Sherry Collins (1-31-2021)

2.    Mark Gurley (1-28-2021)

3.      Mark Gurley (1-28-2021)

**SO ORDERED**, on this 31st day of October, 2021.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

| Designations | | Objections | Rulings |
|---|---|---|---|
| 8:06 - 8:08 | Collins, Sherry 2021-01-31          0:06 | | |
| 8:06 | Can you please state your full | | |
| 8:07 | name for the Record? | | |
| 8:08 | A. Sherry Lynn Collins. | | |
| | | | |
| 9:07 - 9:14 | Collins, Sherry 2021-01-31          0:18 | **Re: [9:07 to 9:14]** | **SUSTAINED** |
| 9:07 | Q. And do you understand that you're | **Pltf Obj** FRE 402/403; improper | |
| 9:08 | under oath today as if you were giving | witness bolstering; FRE 608; | |
| 9:09 | testimony in a court of law? | Plaintiff's MIL | |
| 9:10 | A. Yes, ma'am. | | |
| 9:11 | Q. And do you understand that it's | | |
| 9:12 | your responsibility to answer as truthfully and | | |
| 9:13 | completely as possible? | | |
| 9:14 | A. Yes, ma'am. | | |
| 15:23 - 16:07 | Collins, Sherry 2021-01-31          0:28 | | |
| 15:23 | Q. And -- Okay.  And you mentioned | | |
| 15:24 | that you were previously married; is that | | |
| 15:25 | right? | | |
| 16:01 | A. The only person I have ever been | | |
| 16:02 | married to is Joseph Palanki. | | |
| 16:03 | Q. Okay.  And when did you marry | | |
| 16:04 | Joseph Palanki? | | |
| 16:05 | A. Unfortunately, June 17th of 2009, | | |
| 16:06 | I believe.  I don't remember the year, I don't. | | |
| 16:07 | Y'all have that information, I know you do. | | |

16:03 - 16:07   Collins, Sherry 2021-01-31                                0:17

   16:03   Q. Okay.  And when did you marry          **Re: [16:03 to 16:07]**        SUSTAINED as to "Unfortunately,
   16:04   Joseph Palanki?                            **Def Obj** Improper counter     June 17th of 2009, I believe.",
   16:05   A. Unfortunately, June 17th of 2009,                                      otherwise OVERRULED
   16:06   I believe.  I don't remember the year, I don't.
   16:07   Y'all have that information, I know you do.

16:19 - 16:21   Collins, Sherry 2021-01-31                                0:08

   16:19   Q. Okay.  Do you know when,
   16:20   approximately, you started dating Mr. Palanki?
   16:21   A. No.

19:04 - 19:14   Collins, Sherry 2021-01-31                                0:26

   19:04   Q. Was Mr. Palanki in the military
   19:05   when you met him?
   19:06   A. Yes.
   19:07   Q. And do you know when he started
   19:08   his military service?
   19:09   A. I thought he started it right out

| | | | |
|---|---|---|---|
| 19:10 | of high school. | | |
| 19:11 | Q. Okay.  Do you know what branch he | | |
| 19:12 | served in? | | |
| 19:13 | A. The Army.  National -- Yeah.  The | | |
| 19:14 | National Guard. | | |

**20:10 - 20:11**   Collins, Sherry 2021-01-31   0:06

| 20:10 | Q. Okay.  Was Mr. Palanki ever |
|---|---|
| 20:11 | deployed during your marriage? |

**Re: [20:10 to 20:11]**
**Pltf Obj** FRE 402/403; conjecture; speculation; lacks foundation; 602/701/702 lacks personal knowledge about the matter and is only specualting based upon hearsay and/or otherwise offers improper opinion testimony; 802 is premised on hearsay; and is nonresponsive/argumentative. Plaintiff MILs

**OVERRULED**

**20:13 - 20:18**   Collins, Sherry 2021-01-31   0:15

| 20:13 | A. While we -- While we were |
|---|---|
| 20:14 | separated, he went to Iraq. |
| 20:15 | Q. Do you know how long he was |
| 20:16 | deployed? |
| 20:17 | A. I think a year.  We were |
| 20:18 | separated, so a year. |

**Re: [20:13 to 20:18]**
**Pltf Obj** FRE 402/403/404; conjecture; speculation, lacks foundation; 602/701/702 improper opinion testimony; 802 is premised on and calls for hearsay. Plaintiff MILs

**SUSTAINED**

**30:20 - 30:22**   Collins, Sherry 2021-01-31   0:13

| 30:20 | Q. Okay.  Did Mr. Palanki ever tell |
|---|---|
| 30:21 | you about any issues that he had with his ears |
| 30:22 | or hearing? |

**Re: [30:20 to 30:22]**
**Pltf Obj** FRE 802 calls for hearsay; conjecture; vague/misleading/confusing. Plaintiffs MIL.

**SUSTAINED**

30:20 - 30:24    Collins, Sherry 2021-01-31                          0:15
   30:20    Q. Okay.  Did Mr. Palanki ever tell                    **Re: [30:20 to 30:22]**                    **OVERRULED**
   30:21    you about any issues that he had with his ears         **Def Obj** Improper counter
   30:22    or hearing?
   30:23    MS. MARLOWE:  Object to form.
   30:24    A. Yes.

30:24 - 31:10    Collins, Sherry 2021-01-31                          1:44
   30:24    A. Yes.                                                **Re: [30:24 to 30:24]**                    **OVERRULED**
   30:25    Q. What did he tell you?                               **Pltf Obj** FRE 802 calls for
   31:01    A. If I was -- If he was facing away                   hearsay; conjecture;
   31:02    from me, and I said something, he would say:           vague/misleading/confusing.
   31:03    You know I can't hear out of that ear; and I           Plaintiffs MIL.
   31:04    don't remember which ear, but he always related
   31:05    it to the car accident he had in high school --        **Re: [30:25 to 31:10]**                    **OVERRULED**
   31:06    in high school or right out of high school, I'm        **Pltf Obj** FRE 401/402/403/404;
   31:07    not sure when the accident occurred.                   802/805; 602/701/704;
   31:08    Q. Okay.  So when -- When talking                      conjecture; misleading -
   31:09    about his hearing, what did Mr. Palanki tell           witness lacks personal
   31:10    you about the cause of any hearing difficulty?         knowledge; = testimony is
                                                                  based solely upon levels of
                                                                  hearsay rather than
                                                                  contemporaneous personal
                                                                  knowledge, and any probative
                                                                  value is substantially
                                                                  outweighed by danger of unfair
                                                                  prejudice and confusion of
                                                                  issues. Moreover, testimony is
                                                                  premised on unreliable hearsay
                                                                  and is given in the form of a
                                                                  causation opinion that the
                                                                  witness is not qualified to
                                                                  give which embraces an

ultimate issue. Plaintiffs
MILs.

| 31:12 - 31:16 | Collins, Sherry 2021-01-31 | 0:13 | | |
|---|---|---|---|---|
| 31:12 | A. That it was due to that car | | **Re: [31:12 to 31:16]** | **OVERRULED** |
| 31:13 | accident, because it had busted up his head | | **Pltf Obj** FRE 401/402/403/404; | |
| 31:14 | pretty bad. | | 802/805; 602/701/704; | |
| 31:15 | Q. Do you know what injuries Mr. | | conjecture; misleading - | |
| 31:16 | Palanki had from that car accident? | | witness lacks personal | |
| | | | knowledge; = testimony is | |
| | | | based solely upon levels of | |
| | | | hearsay rather than | |
| | | | contemporaneous personal | |
| | | | knowledge, and any probative | |
| | | | value is substantially | |
| | | | outweighed by danger of unfair | |
| | | | prejudice and confusion of | |
| | | | issues. Moreover, testimony is | |
| | | | premised on unreliable hearsay | |
| | | | and is given in the form of a | |
| | | | causation opinion that the | |
| | | | witness is not qualified to | |
| | | | give which embraces an | |
| | | | ultimate issue. Plaintiffs | |
| | | | MILs. | |

| 31:18 - 32:02 | Collins, Sherry 2021-01-31 | 1:34 | | |
|---|---|---|---|---|
| 31:18 | A. Not that I -- It seems like I | | **Re: [31:18 to 32:02]** | **OVERRULED** |
| 31:19 | remember something about his jaw, and he has a | | **Pltf Obj** FRE 401/403/404; | |
| 31:20 | scar -- or I think I remember a scar on the | | 802/805; conjecture; | |
| 31:21 | side of his head.  Please don't ask me which | | misleading; speculation. | |
| 31:22 | side, because I really don't remember.  I want | | 602/701/702/704 improper | |
| 31:23 | to say the -- the right, but I'm not sure. | | opinion testimony and goes to | |
| 31:24 | Q. And other than the car accident | | ultimate issue. Danger of | |
| 31:25 | that Mr. Palanki had in high school, did Mr. | | unfair prejudice substantially | |
| 32:01 | Palanki tell you about any other cause of any | | outweighs any probative value. | |

| | | | |
|---|---|---|---|
| 32:02 | hearing difficulty? | | Plaintiffs MILs. |

**32:04 - 32:15   Collins, Sherry 2021-01-31                    1:35**

| | | | |
|---|---|---|---|
| 32:04 | A. No, he did not. | | **Re: [32:04 to 32:15]** | **OVERRULED** |
| 32:05 | Q. Do you know what tinnitus is? | | **Pltf Obj** FRE 401/403/404; |
| 32:06 | A. Yes, I do. | | 802/805; conjecture; |
| 32:07 | Q. Okay.  What's your understanding | | misleading; speculation. |
| 32:08 | of tinnitus? | | 602/701/702/704 improper |
| 32:09 | A. Ringing in the ears. | | opinion testimony and goes to |
| 32:10 | Q. Okay.  Did Mr. Palanki ever tell | | ultimate issue. Danger of |
| 32:11 | you that he had tinnitus? | | unfair prejudice substantially |
| 32:12 | A. No.  Not that I recall, no. | | outweighs any probative value. |
| 32:13 | Q. Do you know if Mr. Palanki ever | | Plaintiffs MILs. |
| 32:14 | went to any doctors regarding any hearing | | |
| 32:15 | issues? | | |

**32:17 - 32:25   Collins, Sherry 2021-01-31                    1:31**

| | | | |
|---|---|---|---|
| 32:17 | A. Not while we were married. | | **Re: [32:17 to 32:25]** | **OVERRULED** |
| 32:18 | Q. So is it true that you do not | | **Pltf Obj** FRE 401/403/404; |
| 32:19 | know if Mr. Palanki was ever diagnosed by a | | 802/805; conjecture; |
| 32:20 | doctor with having hearing loss or tinnitus? | | misleading; speculation. |
| 32:21 | A. Correct.  No.  Not to my | | 602/701/702/704 improper |
| 32:22 | knowledge, he was never diagnosed with either | | opinion testimony and goes to |
| 32:23 | of those things while we were married. | | ultimate issue. Danger of |
| 32:24 | Q. Okay.  Did you notice any issues | | unfair prejudice substantially |
| 32:25 | with Mr. Palanki's hearing changing over time? | | outweighs any probative value. |
| | | | Plaintiffs MILs. |

**33:02 - 33:02   Collins, Sherry 2021-01-31                    0:03**

| | | | |
|---|---|---|---|
| 33:02 | A. No. | | **Re: [33:02 to 33:02]** | **OVERRULED** |
| | | | **Pltf Obj** FRE 401/403/404; |
| | | | 802/805; conjecture; |
| | | | misleading; speculation. |
| | | | 602/701/702/704 improper |
| | | | opinion testimony and goes to |
| | | | ultimate issue. Danger of |
| | | | unfair prejudice substantially |

|  |  |  | unfair prejudice substantially outweighs any probative value. Plaintiffs MILs. |
|---|---|---|---|
| 47:18 - 48:03 | Collins, Sherry 2021-01-31 | 1:33 | |
| 47:18 | Q. Okay.  And you -- You used to be | | |
| 47:19 | married to Joseph Palanki; correct? | | |
| 47:20 | A. Yes. | | |
| 47:21 | Q. Okay.  You mentioned that you -- | | |
| 47:22 | and I just want to make sure that I have the | | |
| 47:23 | timeline correct. | | |
| 47:24 | You mentioned that you were | | |
| 47:25 | married in approximately June of 2009? | | |
| 48:01 | A. 2007, I think.  2006.  We weren't | | |
| 48:02 | married long.  June 17th.  I'm sure you have | | |
| 48:03 | the marriage certificate.  Yeah. | | |
| | | | |
| 51:05 - 51:15 | Collins, Sherry 2021-01-31 | 0:21 | |
| 51:05 | Q. Again, I just want to -- want to | | |
| 51:06 | ask, I guess, a couple other quick questions. | | |
| 51:07 | We talked a little about -- You mentioned that | | |
| 51:08 | he had -- he told you about a car accident that | | |
| 51:09 | he had in high school; correct? | | |
| 51:10 | A. Correct. | | |
| 51:11 | Q. That was before you met him; | | |
| 51:12 | right? | | |
| 51:13 | A. Correct. | | |
| 51:14 | Q. That was probably, what, ten plus | | |
| 51:15 | years before you ever met him? | | |
| | | | |
| 51:17 - 51:20 | Collins, Sherry 2021-01-31 | 0:08 | |
| 51:17 | A. I honestly have no idea how long | | |
| 51:18 | it was before I met him. | | |
| 51:19 | Q. Okay.  You weren't there with him | | |
| 51:20 | for the car accident, if there was one? | | |

51:22 - 51:22   Collins, Sherry 2021-01-31                    0:04

51:22          A. Correct.

| Designations | | Objections | Rulings |
|---|---|---|---|
| 6:09 - 6:11 | Gurley, Mark 2021-01-28 | 0:06 | |
| 6:09 | Can you please state your name for the record, | | |
| 6:10 | sir? | | |
| 6:11 | A. Mark Thomas Gurley. | | |
| | | | |
| 7:12 - 7:14 | Gurley, Mark 2021-01-28 | 0:06 | |
| 7:12 | Q. Today you're receiving a thousand an hour just | | |
| 7:13 | to compensate you for your time, right? | | |
| 7:14 | A. Correct. | | |
| | | | |
| 13:04 - 13:07 | Gurley, Mark 2021-01-28 | 0:17 | |
| 13:04 | Q. Do you know, by chance -- and we'll look at | | |
| 13:05 | the records later, but do you know sitting here when is | | |
| 13:06 | the last time that you examined Mr. Palanki? | | |
| 13:07 | A. 2-7-2020. | | |
| | | | |
| 13:08 - 13:10 | Gurley, Mark 2021-01-28 | 0:11 | |
| 13:08 | Q. And do you know when is the last time that you | | |
| 13:09 | spoke with him? | | |
| 13:10 | A. To the best of my knowledge, 2-7-2020. | | |
| | | | |
| 16:11 - 16:13 | Gurley, Mark 2021-01-28 | 0:10 | |
| 16:11 | Q. Understood, Dr. Gurley.  You said you were | | |
| 16:12 | wondering why this was going forward.  What do you mean | | |
| 16:13 | by that statement? | | |
| | | | |
| 16:20 - 16:22 | Gurley, Mark 2021-01-28 | 0:12 | |
| 16:20 | A. So after reviewing the patient's medical | | |
| 16:21 | record, I did not see a significant injury, is why I was | | |
| 16:22 | questioning what was going on in this lawsuit. | | |
| | | | |
| 17:02 - 17:04 | Gurley, Mark 2021-01-28 | 0:06 | |
| 17:02 | When you say that you did not see a | | |
| 17:03 | significant injury, is it your testimony that | | |
| 17:04 | Mr. Palanki does not have any hearing loss? | | |

| | | | | |
|---|---|---|---|---|
| 17:06 - 17:13 | Gurley, Mark 2021-01-28 | 0:26 | | |
| 17:06 | A. No, that's not what I'm saying.  I'm saying he | | | |
| 17:07 | doesn't have a significant injury.  When -- I mean, if | | | |
| 17:08 | we're going to get into looking at the actual audiograms | | | |
| 17:09 | and discuss them, I'm happy to do that and I'll -- we | | | |
| 17:10 | can put them up for the record, but he does have some | | | |
| 17:11 | loss in high frequency, specifically in the left ear, | | | |
| 17:12 | but overall if you were to look at his audiogram from | | | |
| 17:13 | just a standard audiogram, his audiogram was normal. | | | |
| | | | | |
| 18:10 - 18:12 | Gurley, Mark 2021-01-28 | 0:03 | Re: [18:10 to 18:12] | OVERRULED |
| 18:10 | Q. So you understand you're not an expert witness | | Def Obj Foundation (602); | |
| 18:11 | today? | | Relevance (401, 402); | |
| 18:12 | A. Yes. | | Prejudice (403); Improper | |
| | | | Counter | |
| | | | | |
| 20:10 - 20:12 | Gurley, Mark 2021-01-28 | 0:04 | | |
| 20:10 | Q. Okay.  Great.  All right.  Dr. Gurley, you're | | | |
| 20:11 | a medical doctor, right? | | | |
| 20:12 | A. Correct. | | | |
| | | | | |
| 21:08 - 21:10 | Gurley, Mark 2021-01-28 | 0:08 | | |
| 21:08 | Q. So am I right that you're an otolaryngologist, | | | |
| 21:09 | or put more simply for me, an ENT? | | | |
| 21:10 | A. Correct, board-certified. | | | |
| | | | | |
| 21:15 - 21:18 | Gurley, Mark 2021-01-28 | 0:15 | | |
| 21:15 | Q. How many years are you been practicing as an | | | |
| 21:16 | ENT? | | | |
| 21:17 | A. I finished in '07, so 13 officially, 14 | | | |
| 21:18 | almost. | | | |
| | | | | |
| 21:19 - 21:23 | Gurley, Mark 2021-01-28 | 0:08 | | |
| 21:19 | Q. You've been -- | | | |
| 21:20 | A. Sorry. | | | |
| 21:21 | Q. You've been practicing as an ENT for | | | |

| | | |
|---|---|---|
| 21:22 | approximately 13 years, fair? | |
| 21:23 | A. Yeah. | |
| | | |
| 21:24 - 22:10 | Gurley, Mark 2021-01-28 | 1:57 |
| 21:24 | Q. And in your 13 years of practice as an ENT, | |
| 21:25 | how many patients would you estimate you've treated? | |
| 22:01 | A. So, I mean, an average of 4- to 5,000 a year | |
| 22:02 | for 13 -- 40- or 50,000 people.  I mean, not all of | |
| 22:03 | those were individual contacts and some are repeat | |
| 22:04 | patients, but I would say probably 40- or 50,000 | |
| 22:05 | individuals I've seen in my career so far, not counting | |
| 22:06 | residency. | |
| 22:07 | Q. Understood.  And currently, am I right that | |
| 22:08 | you're employed at Farragut ENT & Allergy in Knoxville, | |
| 22:09 | Tennessee? | |
| 22:10 | A. Correct.  I'm a shareholder of it, yes. | |
| | | |
| 22:15 - 22:25 | Gurley, Mark 2021-01-28 | 1:39 |
| 22:15 | Q. Understood.  And how would you describe your | |
| 22:16 | day-to-day tasks as an ENT at Farragut ENT & Allergy, | |
| 22:17 | Dr. Gurley? | |
| 22:18 | A. So my duties are broken up into two basic | |
| 22:19 | duties.  I have clinic and I have surgery.  I treat all | |
| 22:20 | otolaryngology disorders, all ages.  So I do basically | |
| 22:21 | general ENT work and I operate. | |
| 22:22 | So I usually have six clinics a week and three | |
| 22:23 | to four OR days.  I take at least one week of call a | |
| 22:24 | month, plus I have the administrative duties of being a | |
| 22:25 | shareholder in the corporation. | |
| | | |
| 23:01 - 23:03 | Gurley, Mark 2021-01-28 | 0:10 |
| 23:01 | Q. Can you explain very briefly to the jury what | |
| 23:02 | type of care an ENT such as yourself provides? | |
| 23:03 | A. So -- | |
| | | |
| 23:05 - 23:16 | Gurley, Mark 2021-01-28 | 1:44 |
| 23:05 | A. -- we basically treat all disorders of the | |

23:06   ear, nose and throat dealing with any type of medical
23:07   condition or surgical condition.  In laymen's terms,
23:08   basically we treat allergies and sinus and tonsils and
23:09   we do hearing and tubes, surgical care of cancer
23:10   patients.  I do thyroids, balance.
23:11   We're actually a balance center here.  We
23:12   treat a lot of hearing and balance disorders in our
23:13   practice.  Sinus, allergy, we do allergy.  That's what I
23:14   did my academy fellowship in was extra training in
23:15   allergy.  Just your general basic head and neck
23:16   patients.

24:05 - 24:16   Gurley, Mark 2021-01-28                                1:39
24:05   Q. What is your specific role in ensuring a
24:06   medical record is complete and done?
24:07   A. My signature is at the bottom of them.
24:08   Q. Do you personally write --
24:09   A. No.
24:10   Q. -- or review the medical record that you sign,
24:11   Dr. Gurley?
24:12   A. Okay.  So I have a scribe in the room with me
24:13   when I'm seeing a patient.  They're typing.  At the end,
24:14   I will go back and review each day, sometimes it's a day
24:15   or two later, the medical record and then I will sign it
24:16   once I feel that it's complete.

25:07 - 25:11   Gurley, Mark 2021-01-28                                0:16
25:07   Q. (By Ms. Esfandiarifard)  So let's turn to the
25:08   first medical visit that Mr. Palanki had with yourself,
25:09   Dr. Gurley.  Dave is going to throw on the screen here
25:10   the February 22nd, 2019, medical visit.
25:11   A. Uh-huh.

25:12 - 25:14   Gurley, Mark 2021-01-28                                0:09
25:12   Q. Before we look into it, do you by chance have
25:13   an understanding as to how Mr. Palanki came to select
25:14   you as his ENT in 2019, Dr. Gurley?

25:16 - 25:18     Gurley, Mark 2021-01-28                          0:11
   25:16     A. I do not recall from memory, but he had a
   25:17     referring physician in the medical record of Dr. Tim
   25:18     Collins who sent him.

26:07 - 26:09     Gurley, Mark 2021-01-28                          0:03
   26:07     Q. (By Ms. Esfandiarifard)  Do you recognize this
   26:08     document, Dr. Gurley?
   26:09     A. Yes.

26:24 - 27:04     Gurley, Mark 2021-01-28                          0:14
   26:24     Q. And that's Mr. Joseph F. Palanki, Jr.'s name
   26:25     at the top, correct, sir?
   27:01     A. Correct.
   27:02     Q. It states here that the office date visit is
   27:03     February 22nd, 2019, correct?
   27:04     A. Correct.

27:09 - 27:15     Gurley, Mark 2021-01-28                          0:18
   27:09     Q. And directly above that, Dr. Gurley, it says
   27:10     "Level office/output visit, new level 3"?
   27:11     A. Correct.
   27:12     Q. Does this mean that this is -- thank you,
   27:13     Dr. Gurley.  Does this notation mean that this was
   27:14     Mr. Palanki's first visit to your office and he's a new
   27:15     patient?

27:17 - 27:23     Gurley, Mark 2021-01-28                          0:19
   27:17     A. That is correct.  What it really means is I
   27:18     billed it that way, so to be accurate, yes, it was his
   27:19     first visit.
   27:20     Q. (By Ms. Esfandiarifard)  And you personally
   27:21     saw Mr. Palanki during this February 22nd, 2019, visit,
   27:22     right?
   27:23     A. Yes, correct.

28:21 - 29:04     Gurley, Mark 2021-01-28                          0:29
    28:21        Q. (By Ms. Esfandiarifard)  And now let's turn to
    28:22        the first page again.  When we look into the subjective
    28:23        section, it says, "Chief complaint:  Ringing in the
    28:24        ear."  Did I read that correctly, Dr. Gurley?
    28:25        A. You are correct.
    29:01        Q. And is my understanding correct that this
    29:02        notation implies that Mr. Palanki came to see you for
    29:03        ringing in his ears?
    29:04        A. Correct, that's --

29:06 - 29:09     Gurley, Mark 2021-01-28                          0:11
    29:06        A. -- generally what a -- that's generally what a
    29:07        chief complaint is.  What the patient tells you in
    29:08        general, that's what we write down for the reason for
    29:09        them being there.

30:02 - 30:03     Gurley, Mark 2021-01-28                          0:04
    30:02        Q. And if Mr. Palanki was seeing you for hearing
    30:03        loss, you would have noted that under complaint --

30:05 - 30:05     Gurley, Mark 2021-01-28                          0:01
    30:05        Q. (By Ms. Esfandiarifard)  -- right?

30:08 - 30:16     Gurley, Mark 2021-01-28                          0:27
    30:08        A. Correct.  Correct.
    30:09        Q. All right.  And turning to the history of
    30:10        present illness, it says, "Ringing in ear," and then I'm
    30:11        going to read what I think all of this means and you
    30:12        tell me if I'm reading it incorrectly.  Patient is here
    30:13        today for ringing in the ear, right?
    30:14        A. Correct.
    30:15        Q. Patient reports it's not constant and can only
    30:16        hear it when it's quiet, correct?

30:18 - 30:18     Gurley, Mark 2021-01-28                          0:00
    30:18        A. Correct.  Sorry.  Correct.

| | | |
|---|---|---|
| 30:24 - 31:05 | Gurley, Mark 2021-01-28 | 0:15 |
| 30:24 | Q. (By Ms. Esfandiarifard)  And beneath that, it | |
| 30:25 | says HX, which I understand to mean history; is that | |
| 31:01 | right, Dr. Gurley? | |
| 31:02 | A. Correct. | |
| 31:03 | Q. So history of head trauma MVA in Iraq.  What | |
| 31:04 | does MVA mean, Dr. Gurley? | |
| 31:05 | A. It's actually an older term -- | |

| | | |
|---|---|---|
| 31:07 - 31:08 | Gurley, Mark 2021-01-28 | 0:05 |
| 31:07 | A. -- it should be MVC, which is motor vehicle | |
| 31:08 | collision or motor vehicle accident. | |

| | | | |
|---|---|---|---|
| 31:23 - 32:04 | Gurley, Mark 2021-01-28 | 0:21 | |
| 31:23 | Q. Underneath the history of present illness, | | |
| 31:24 | there's a notation that Mr. Palanki has a history of | | |
| 31:25 | head trauma from motor vehicle collision in Iraq and | | |
| 32:01 | this means that Mr. Palanki reported to you on February | **Re: [31:23 to 32:03]** | **OVERRULED** |
| 32:02 | 22nd, 2019, that he has a history of head trauma from | **Pltf Obj** FRE 611 leading; FRE | |
| 32:03 | motor vehicle collision in Iraq, correct? | 401/402/403; 802/805; improper | |
| 32:04 | A. That is what -- | hypothetical; speculation | |
| | | lacks personal knowledge. | |
| | | Vague. Improper opinion | |
| | | testimony 602/701/702. | |

| | | |
|---|---|---|
| | **Re: [32:04 to 32:04]** | **OVERRULED** |
| | **Pltf Obj** FRE 611 leading; FRE | |
| | 401/402/403; 802/805; improper | |
| | hypothetical; speculation | |
| | lacks personal knowledge. | |
| | Vague. Improper opinion | |
| | testimony 602/701/702. | |

| | | | |
|---|---|---|---|
| 32:06 - 32:06 | Gurley, Mark 2021-01-28 | 0:03 | |
| 32:06 | A. That is correct that we recorded. | **Re: [32:06 to 32:06]** | **OVERRULED** |
| | | **Pltf Obj** FRE 611 leading; FRE | |
| | | 401/402/403; 802/805; | |
| | | speculation lacks foundation | |
| | | and personal knowledge. Vague. | |

Improper opinion testimony
602/701/702.

| | | | |
|---|---|---|---|
| 32:07 - 32:09 | Gurley, Mark 2021-01-28 | 0:08 | |
| 32:07 | Q. (By Ms. Esfandiarifard)  Okay.  And beneath | | |
| 32:08 | that, it indicates that Mr. Palanki also reported to you | | |
| 32:09 | in his visit a history of loud noise exposure, right? | | |
| | | | |
| 32:12 - 32:12 | Gurley, Mark 2021-01-28 | 0:01 | |
| 32:12 | A. That is correct.  That is -- | | |
| | | | |
| 32:13 - 32:15 | Gurley, Mark 2021-01-28 | 0:04 | |
| 32:13 | Q. (By Ms. Esfandiarifard)  Dr. Gurley? | | |
| 32:14 | A. -- that is what was presented to me from the | | |
| 32:15 | patient. | | |
| | | | |
| 32:16 - 32:18 | Gurley, Mark 2021-01-28 | 0:12 | |
| 32:16 | Q. And beneath that, there's an indication that | | Re: [32:16 to 32:18] |
| 32:17 | Mr. Palanki reported to you that he discharged firearms | | Pltf Obj FRE 611 leading; FRE |
| 32:18 | in Iraq without hearing protection, right? | | 401/402/403; 802/805; |

OVERRULED (Re: [32:16 to 32:18])

Pltf Obj FRE 611 leading; FRE
401/402/403; 802/805;
speculation lacks foundation
and personal knowledge. Vague.
Improper opinion testimony
602/701/702.

| | | | |
|---|---|---|---|
| 32:21 - 33:10 | Gurley, Mark 2021-01-28 | 1:50 | Re: [32:21 to 33:10] |
| 32:21 | A. That is correct, but I would like to clarify, | | Pltf Obj FRE 611 leading; FRE |
| 32:22 | would I make a statement along, there if I may.  That's | | 401/402/403; 802/805; |
| 32:23 | usually when I ask the veterans, Were you involved in | | speculation lacks foundation |
| 32:24 | fire fights or around shooting.  That's a summary of | | and personal knowledge. Vague. |
| 32:25 | what he stated.  I can't state that's the exact words, I | | Improper opinion testimony |
| 33:01 | discharged firearms in Iraq without hearing protection. | | 602/701/702. Improper |
| 33:02 | That's me summarizing it to describe saying put that in | | hypothetical; improper |
| 33:03 | the note because it's important. | | narrative. |
| 33:04 | Q. (By Ms. Esfandiarifard)  Okay.  So just so | | |
| 33:05 | we're all on the same page and I'm understanding your | | |
| 33:06 | testimony correctly, Dr. Gurley, am I understanding | | Re: [33:04 to 33:10] |

OVERRULED (Re: [32:21 to 33:10])

OVERRULED (Re: [33:04 to 33:10])

| | | | |
|---|---|---|---|
| 33:07 | correctly that this note means that the patient here, | **Pltf Obj** FRE 611 leading; FRE 401/402/403; 802/805; speculation lacks foundation and personal knowledge. Vague. Improper opinion testimony 602/701/702. Improper hypothetical; improper narrative. | |
| 33:08 | Mr. Palanki, told you that he was exposed to some type | | |
| 33:09 | of weapon fire or firearms or weapons fire related noise | | |
| 33:10 | in Iraq without wearing hearing protection, right? | | |

**33:04 - 33:10**  Gurley, Mark 2021-01-28                                     0:22

| | | | |
|---|---|---|---|
| 33:04 | Q. (By Ms. Esfandiarifard)  Okay.  So just so | **Re: [32:21 to 33:10]** | **OVERRULED** |
| 33:05 | we're all on the same page and I'm understanding your | **Pltf Obj** FRE 611 leading; FRE 401/402/403; 802/805; speculation lacks foundation and personal knowledge. Vague. Improper opinion testimony 602/701/702. Improper hypothetical; improper narrative. | |
| 33:06 | testimony correctly, Dr. Gurley, am I understanding | | |
| 33:07 | correctly that this note means that the patient here, | | |
| 33:08 | Mr. Palanki, told you that he was exposed to some type | | |
| 33:09 | of weapon fire or firearms or weapons fire related noise | | |
| 33:10 | in Iraq without wearing hearing protection, right? | | |
| | | **Re: [33:04 to 33:10]** | **OVERRULED** |
| | | **Pltf Obj** FRE 611 leading; FRE 401/402/403; 802/805; speculation lacks foundation and personal knowledge. Vague. Improper opinion testimony 602/701/702. Improper hypothetical; improper narrative. | |

**33:12 - 33:13**  Gurley, Mark 2021-01-28                                     0:05

| | |
|---|---|
| 33:12 | A. Correct.  Look at this as like bullet points |
| 33:13 | from a conversation we had when he came in. |

36:14 - 36:18    Gurley, Mark 2021-01-28                                    0:17
   36:14    Q. (By Ms. Esfandiarifard)  That's fine.  And if
   36:15    you go further down, Dr. Gurley, to this last section,
   36:16    it says, General examination, audiogram, normal hearing
   36:17    AU.  Am I right that this means he had normal hearing in
   36:18    both ears and that's what the AU implies, right?

36:20 - 37:03    Gurley, Mark 2021-01-28                                    0:25
   36:20    A. That is correct.  Let me clarify one thing.
   36:21    That is based off of the audiogram.  That is not a rough
   36:22    assessment of me speaking to him.  On our old -- we
   36:23    changed EMRs since here.  This one was a little klunky
   36:24    and it didn't really have a good place where you put the
   36:25    findings from an audiogram, so oftentimes, we were
   37:01    putting them in the general examination, whereas it's a
   37:02    separate identifiable test that we did, if that makes
   37:03    sense.

37:08 - 37:12    Gurley, Mark 2021-01-28                                    0:18
   37:08    Q. Is it your testimony that this line, General
   37:09    examination, audiogram, normal hearing, AU means that
   37:10    the result of the audiogram that was conducted on
   37:11    Mr. Palanki on February 22nd, 2019, was that he had
   37:12    normal hearing in both ears?

37:14 - 37:15    Gurley, Mark 2021-01-28                                    0:04
   37:14    A. That is correct.  Up to 8000 hertz is what we
   37:15    tested to.

38:21 - 38:25    Gurley, Mark 2021-01-28                                    0:21
   38:21    Q. Yeah, we'll get there, but on the topic of
   38:22    tinnitus, is it your testimony that you diagnose a
   38:23    patient such as Mr. Palanki with tinnitus based on their
   38:24    self-subjective reporting that I have tinnitus?
   38:25    A. Correct.

39:04 - 39:18    Gurley, Mark 2021-01-28                                    1:50
    39:04    Okay.  The next -- let's see.  Turning to the
    39:05    next page, there are medical procedures that you or your
    39:06    office conducted for Mr. Palanki during his office visit
    39:07    underneath the word procedure orders, right?
    39:08    A. Correct.
    39:09    Q. So in reading this, it says basic comp audio
    39:10    -- audiometry performed in clinic, tympanometry
    39:11    performed in clinic, distortion product evoked
    39:12    otoacoustic emissions, comprehensive diagnostic
    39:13    evaluation -- I'm not going to read the entire
    39:14    sentence -- performed in clinic.  And this means that an
    39:15    audiogram, a tympanometry, and an OAE test were
    39:16    conducted in your clinic on February 22nd, 2019, on
    39:17    Mr. Palanki, correct?
    39:18    A. You are correct.

39:19 - 39:22    Gurley, Mark 2021-01-28                                    0:14
    39:19    Q. And the third type of exam is the one you
    39:20    alluded to earlier, which is a test of an individual's
    39:21    otoacoustic emissions, right?
    39:22    A. Yes.

39:23 - 40:01    Gurley, Mark 2021-01-28                                    0:12
    39:23    Q. And, Dr. Gurley, an otoacoustic emission or
    39:24    rather an OAE is an objective measurement of the outer
    39:25    hair cells and cochlear function of a patient, fair?
    40:01    A. Fair.

40:03 - 40:06    Gurley, Mark 2021-01-28                                    0:13
    40:03    Q. (By Ms. Esfandiarifard)  Dr. Gurley, would you
    40:04    agree with me that with respect to OAE tests, as a
    40:05    physician, you look for a pattern of repeated similar
    40:06    results?

40:08 - 40:14    Gurley, Mark 2021-01-28                                    0:17

40:08     A. I mean, I would say that any test I perform, I
40:09     want predictable results that are similar, but yes, an
40:10     OAE should --
40:11     Q. (By Ms. Esfandiarifard)  But let me --
40:12     A. -- an OAE should be similar throughout the
40:13     spectrum depending -- independent of what day you're
40:14     taking it unless it was an acute injury or something.

| | | |
|---|---|---|
| 40:23 - 40:25 | Gurley, Mark 2021-01-28 | 0:05 |

   40:23     Q. But it's important when relying on an OAE test
   40:24     that the results are repeated?
   40:25     A. Yeah.

| | | | | |
|---|---|---|---|---|
| 42:11 - 42:12 | Gurley, Mark 2021-01-28 | 0:04 | **Re: [42:11 to 42:12]** | **SUSTAINED** |

   42:11     Q. Okay.  Dr. Gurley, you would agree with me     **Pltf Obj** FRE 401/402/403; 611;
   42:12     that tramadol is an ototoxic medication, right?     vague; confusing

| | | | | |
|---|---|---|---|---|
| 42:14 - 43:03 | Gurley, Mark 2021-01-28 | 1:33 | **Re: [42:14 to 43:03]** | **SUSTAINED** |

   42:14     A. I actually don't know if I would agree with     **Pltf Obj** FRE 401/403; 611
   42:15     you on that without researching that a little bit more,     leading; vague; improper
   42:16     to be honest.     opinion 602/701/702/703;
   42:17     Q. (By Ms. Esfandiarifard)  Okay.  That's fair     foundation/speculation/lacks
   42:18     enough.     personal knowledge; 802;
   42:19     A. I -- I can argue that any pain medication     conjecture
   42:20     could be ototoxic, but I don't know specifics on
   42:21     tramadol.
   42:22     Q. So it's your -- just so I'm making sure I
   42:23     understand correctly it's your testimony that any pain
   42:24     medication could be on the ototoxic, but you would have
   42:25     to look into tramadol specifically, which is a pain
   43:01     medication, to opine whether or not it is, in fact,
   43:02     ototoxic, right?
   43:03     A. Correct.

| | | |
|---|---|---|
| 43:07 - 43:10 | Gurley, Mark 2021-01-28 | 0:16 |

   43:07     Dr. Gurley.  All right.  Let's turn to the next document

43:08    here, which is going to be the audiogram from the
43:09    February 22nd, 2019, visit by Mr. Palanki to your
43:10    office.

43:14 - 43:22    Gurley, Mark 2021-01-28                                0:24
43:14    Q. (By ms. Esfandiarifard)  It says here name
43:15    Joseph Palanki.  Again, the date is February 22nd, 2019,
43:16    and that's Farragut ENT & Allergy at the top.  Do you
43:17    recognize this document, Dr. Gurley?
43:18    A. I do.
43:19    Q. Okay.  Is it a record of the audiogram that
43:20    was conducted in your office for Mr. Palanki on February
43:21    22nd, 2019?
43:22    A. It is.  It was --

43:24 - 43:25    Gurley, Mark 2021-01-28                                0:05
43:24    A. It is, and just for the record, it was
43:25    performed by Sarah Post, our audiologist.

44:13 - 44:17    Gurley, Mark 2021-01-28                                0:13
44:13    Q. (By Ms. Esfandiarifard)  Understood.  And this
44:14    would be the same day that he came in for the medical
44:15    note -- medical record that we just looked at as Exhibit
44:16    2, right?
44:17    A. Correct.

45:01 - 45:07    Gurley, Mark 2021-01-28                                0:16
45:01    (Deposition Exhibit No. 3 was marked for
45:02    identification and made part of the record.)
45:03    Q. (By Ms. Esfandiarifard)  Let's review the
45:04    results of this audiogram, Dr. Gurley.  So it looks to
45:05    me as though a bone conduction and an air conduction
45:06    test were both completed, right?
45:07    A. Correct.

45:09 - 45:13    Gurley, Mark 2021-01-28                                0:15
45:09    A. I'm sorry.  Correct.

45:10        Q. (By ms. Esfandiarifard)  And a bone conduction
45:11        test measures sensorineural hearing loss; is that right?
45:12        A. So the combination of hearing bone conduction
45:13        will measure sensorineural hearing loss.

45:19 - 46:08    Gurley, Mark 2021-01-28                              1:47
45:19        Q. (By Ms. Esfandiarifard)  Looking here at this
45:20        audiogram, what we're seeing is Mr. Palanki's decibel
45:21        loss or decibel results at a variety of frequencies,
45:22        right?
45:23        A. You're correct, but your copy is -- is faded.
45:24        The gray area should go down to about 25 decibels.  That
45:25        whole area of gray is not showing up on yours
46:01        appropriately.
46:02        Q. I appreciate that clarification.  And so we
46:03        all understand here and the jury understands,
46:04        Dr. Gurley, is it your testimony that that shading that
46:05        we're seeing on the top of the page should, in fact, go
46:06        all the way down to 25 decibels?
46:07        A. Correct.  That's why that split line is there.
46:08        That's how it should look, yes.

46:14 - 46:16    Gurley, Mark 2021-01-28                              0:07
46:14        Q. (By Ms. Esfandiarifard)  And that's important,
46:15        Dr. Gurley, isn't it, because shading implies normal
46:16        hearing results, right?

46:18 - 47:04    Gurley, Mark 2021-01-28                              1:34
46:18        A. Correct.  We -- sorry.  We have our audiograms
46:19        marked off with that shading so when we show them to
46:20        patients, we can say that based on the way an audio --
46:21        the way an audiogram is set up is a logarithmic
46:22        evaluation of hearing.  The original studies, I believe,
46:23        don't quote me, but I believe were 20,000 people that
46:24        they took normal data on and basically you can say that,
46:25        for most people, 25 decibels or less is considered
47:01        normal hearing, and that's why we shaded --

47:02      Q. (By Ms. Esfandiarifard)  So --
47:03      A. -- it like that, to explain it to patients
47:04      easier.

47:07 - 47:10      Gurley, Mark 2021-01-28                            0:14
47:07      audiograms, but for the benefit of the jury, when you
47:08      say zero to 25, Dr. Gurley, you're referring to the
47:09      numbers that are the first column all the way to the far
47:10      left, right?

47:12 - 47:13      Gurley, Mark 2021-01-28                            0:02
47:12      A. Well, technically, you're incorrect.  They're
47:13      on both sides. So --

48:04 - 48:08      Gurley, Mark 2021-01-28                            0:16
48:04      Q. Understood.  And I'm going to run through
48:05      these audiogram results and you tell me if I'm getting
48:06      it right, okay, Dr. Gurley?  At 500 hertz, Mr. Palanki
48:07      has 10 decibel at both ears, which is considered normal,
48:08      right?

48:10 - 48:22      Gurley, Mark 2021-01-28                            1:36
48:10      A. Yes, he is normal at 500 hertz.
48:11      Q. (By Ms. Esfandiarifard)  At 1000 hertz,
48:12      Mr. Palanki has zero decibel at both ears, which is also
48:13      normal, right?
48:14      A. Correct, that is normal.
48:15      Q. At 2000 hertz, Mr. Palanki has five decibel at
48:16      both ears, which is considered normal as well, right?
48:17      A. Correct.
48:18      Q. At 4000 hertz, Mr. Palanki has 15 DB in his
48:19      right ear and 20 DB in his left ear, DB meaning decibel,
48:20      and both of those results are considered normal hearing,
48:21      correct?
48:22      A. Correct.

48:25 - 49:04      Gurley, Mark 2021-01-28                            0:14

48:25     Q. (By Ms. Esfandiarifard)  And -- and -- and
49:01     just so we're on the same page again, all those results
49:02     that I just listed and you confirmed are indeed shaded
49:03     on this audiogram, which is further indication of normal
49:04     audiogram hearing results for Mr. Palanki, right?

49:06 - 49:19     Gurley, Mark 2021-01-28     1:48
49:06     A. Correct.  This is a normal audiogram.
49:07     Q. (By Ms. Esfandiarifard)  Okay.  Turning to the
49:08     table below the audiogram, there's a column entitled
49:09     SRT/SDT.
49:10     A. Uh-huh.
49:11     Q. And it's my understanding, Dr. Gurley, that
49:12     SRT means speech reception threshold and you have a 15
49:13     DB on -- 15 on both, which indicates the test was
49:14     reliable.  Am I right about that?
49:15     A. Correct.  It means it's reliable, but also he
49:16     hears starting at a normal level.  Fifteen decibels is
49:17     the level of present -- presentation.
49:18     Q. So that's a further indication of his normal
49:19     hearing, right?

49:21 - 49:25     Gurley, Mark 2021-01-28     0:11
49:21     A. Based off -- excuse me.  Based off of this
49:22     table, correct.
49:23     Q. (By Ms. Esfandiarifard)  And if we zoom back
49:24     up to the top, there's a little table to the left of the
49:25     audiogram.

50:03 - 50:05     Gurley, Mark 2021-01-28     0:08
50:03     Q. (By Ms. Esfandiarifard)  This notes test
50:04     reliability good, right, Dr. Gurley?
50:05     A. Yes, correct.

50:12 - 50:14     Gurley, Mark 2021-01-28     0:11
50:12     me just ask that clean one more time.  Am I right that
50:13     when it says test reliability, good, it means that the

50:14       test results were indeed reliable?

50:16 - 50:18    Gurley, Mark 2021-01-28          0:05
50:16       A. Correct.
50:17       Q. (By Ms. Esfandiarifard)  Okay.  Going back to
50:18       the table we were just looking at a moment ago --

50:21 - 51:01    Gurley, Mark 2021-01-28          0:19
50:21       A. (By Ms. Esfandiarifard)  -- I see here also a
50:22       discrim score, hundred percent, both ears.  Is my
50:23       understanding correct that this means Mr. Palanki's
50:24       speech discrimination score for both his right ear and
50:25       left ear were a hundred percent, in other words, the
51:01       highest score possible?

51:03 - 51:06    Gurley, Mark 2021-01-28          0:06
51:03       A. Correct.
51:04       Q. (By Ms. Esfandiarifard)  And this means,
51:05       Dr. Gurley, that Mr. Palanki's speech discrimination was
51:06       perfect that day?

51:08 - 51:08    Gurley, Mark 2021-01-28          0:04
51:08       A. Per this test, correct.

51:14 - 51:23    Gurley, Mark 2021-01-28          1:38
51:14       Q. I appreciate that.  At the bottom of this
51:15       page, there's a section titled test results/impression,
51:16       and it reads, "Normal hearing bilaterally, despite
51:17       concerns with occasional tinnitus."  Is my understanding
51:18       correct, and please tell me if I'm getting this wrong,
51:19       that this means Mr. Palanki on this day as a result of
51:20       this test and this doctor's visit, has normal hearing
51:21       bilaterally both ears despite his concerns with
51:22       occasional tinnitus?
51:23       Am I getting that right?

51:25 - 52:20    Gurley, Mark 2021-01-28          1:50

| 51:25 | A. So I would like to clarify.  This is |
| 52:01 | Dr. Post's -- |
| 52:02 | Q. (By Ms. Esfandiarifard)  Please. |
| 52:03 | A. -- assessment based on this audiogram.  That's |
| 52:04 | her writing. |
| 52:05 | Q. Okay.  Understood.  And as the physician who |
| 52:06 | -- did you review this audiogram as part of signing the |
| 52:07 | medical note? |
| 52:08 | A. Correct, and I signed off on it. |
| 52:09 | Q. Okay.  Okay. |
| 52:10 | A. I just want to make clear for the record that |
| 52:11 | that was written by Dr. Post.  Then the report is |
| 52:12 | brought to me.  Then I go over the report.  Then I agree |
| 52:13 | or disagree.  So I agreed. |
| 52:14 | Q. Okay.  You agreed.  So in agreeing with this |
| 52:15 | notation, I just want to make sure I understand what it |
| 52:16 | means, Dr. Gurley.  Am I right that it means Mr. Palanki |
| 52:17 | in Ms. -- in Dr. Post's and your view had normal hearing |
| 52:18 | in both ears bilaterally, despite his concerns with |
| 52:19 | occasional tinnitus; is that right?  Is that what the |
| 52:20 | concerns me? |

| 52:22 - 52:22 | Gurley, Mark 2021-01-28 | 0:04 |
| 52:22 | A. Based on the audiogram, correct. |

| 62:02 - 63:01 | Gurley, Mark 2021-01-28 | 1:12 |
| 62:02 | Q. (By Ms. Esfandiarifard)  And, Dr. Gurley, this |
| 62:03 | is the Farragut ENT & Allergy header, for lack of a |
| 62:04 | better term, at the top of this page, right? |
| 62:05 | A. Correct. |
| 62:06 | Q. Okay.  And it says patient medical |
| 62:07 | information.  Is this an intake form for your office? |
| 62:08 | A. This is new patient paperwork, correct. |
| 62:09 | Q. All right.  And this lists the name of the |
| 62:10 | patient as Joseph Palanki, who we've been talking about |
| 62:11 | all day today and is the subject of this litigation, |
| 62:12 | right? |

**Re: [62:02 to 63:01]**
**Pltf Obj** FRE 401/403; 611
leading; vague; conjecture;
micharacterizes; 802/805;
lacks foundation; speculation

**OVERRULED**

| | | |
|---|---|---|
| 62:13 | A. Correct. | |
| 62:14 | Q. And before we look into it further, this is | |
| 62:15 | something that the patient here, Mr. Palanki, would have | |
| 62:16 | filled out himself when he got to the office before | |
| 62:17 | seeing you or Dr. Post, right? | |
| 62:18 | A. Correct.  He would have been handed a packet | |
| 62:19 | of paperwork and they write on it -- we generally take | |
| 62:20 | all the information from him and just put it in the EMR, | |
| 62:21 | but we still, just to be thorough, scan it.  So this is | |
| 62:22 | not a document that would come to me to specifically | |
| 62:23 | check for accuracy and sign off on.  This will be put in | |
| 62:24 | as they state it into the record.  And then as you did | |
| 62:25 | earlier, the review of systems, we go over the history | |
| 63:01 | and stuff, we go over to clarify. | |

**63:11 - 63:14**   Gurley, Mark 2021-01-28                    0:06

| | | |
|---|---|---|
| 63:11 | MS. ESFANDIARIFARD:  All right.  Let's go | **Re: [63:11 to 63:12]** **OVERRULED** |
| 63:12 | ahead and enter this as Exhibit 5, please. | **Pltf Obj** FRE 401/403; 611 |
| 63:13 | (Deposition Exhibit No. 5 was marked for | leading; vague; conjecture; |
| 63:14 | identification and made part of the record.) | micharacterizes; 802/805; |
| | | lacks foundation; speculation |

**Re: [63:13 to 63:14]** **OVERRULED**
**Pltf Obj** FRE 401/403; 611
leading; vague; conjecture;
micharacterizes; 802/805;
lacks foundation; speculation

**65:06 - 65:10**   Gurley, Mark 2021-01-28                    0:22

| | | |
|---|---|---|
| 65:06 | enough.  Let's turn back to that -- the first page of | **Re: [65:06 to 65:10]** **OVERRULED** |
| 65:07 | the document, and if we look at the first line | **Pltf Obj** FRE 401/403; 611 |
| 65:08 | underneath name, it says, What are you seeing the doctor | leading; vague; conjecture; |
| 65:09 | for.  And, Mr. Palanki, the patient, filled in ringing | micharacterizes; 802/805; |
| 65:10 | in right ear, right? | lacks foundation; speculation; |
| | | improper hypothetical |

**65:12 - 65:12**   Gurley, Mark 2021-01-28                    0:03

| 65:12 | A. That is correct what's on the form. | | **Re: [65:12 to 65:12]** | **OVERRULED** |
| | | | **Pltf Obj** FRE 401/403; 611 | |
| | | | leading; vague; conjecture; | |
| | | | micharacterizes; 802/805; | |
| | | | lacks foundation; speculation; | |
| | | | improper hypothetical | |

| 65:18 - 66:02 | Gurley, Mark 2021-01-28 | 0:26 | | |
| 65:18 | Q. (By Ms. Esfandiarifard)  And then beneath | | **Re: [65:18 to 66:02]** | **OVERRULED** |
| 65:19 | that, it says, Severity of the problem on scale of 1 to | | **Pltf Obj** FRE 401/403; 611 | |
| 65:20 | 10, with 10 being worst.  Did I read that reasonably | | leading; vague; conjecture; | |
| 65:21 | correctly, sir? | | micharacterizes; 802/805; | |
| 65:22 | A. Correct. | | lacks foundation; speculation; | |
| 65:23 | Q. And the response is a 3, the number 3 on the | | improper hypothetical | |
| 65:24 | scale of 1 to 10, right? | | | |
| 65:25 | A. Correct. | | | |
| 66:01 | Q. And that's on the lower end of the severity | | | |
| 66:02 | scale, right? | | | |

| 66:04 - 66:10 | Gurley, Mark 2021-01-28 | 0:22 | | |
| 66:04 | A. According to that scale, yes. | | **Re: [66:04 to 66:10]** | **OVERRULED** |
| 66:05 | Q. (By Ms. Esfandiarifard)  And beneath that, it | | **Pltf Obj** FRE 401/403; 611 | |
| 66:06 | says, How long has this bothered you, right? | | leading; vague; conjecture; | |
| 66:07 | A. Correct. | | micharacterizes; 802/805; | |
| 66:08 | Q. And Mr. Palanki, the patient, filled out one | | lacks foundation; speculation; | |
| 66:09 | year, right? | | improper hypothetical | |
| 66:10 | A. Correct. | | | |

| 66:13 - 66:17 | Gurley, Mark 2021-01-28 | 0:17 | | |
| 66:13 | Q. (By Ms. Esfandiarifard)  Correct.  Okay.  And | | **Re: [66:13 to 66:17]** | **OVERRULED** |
| 66:14 | so just to level here, the document is from February | | **Pltf Obj** FRE 401/403; 611 | |
| 66:15 | 22nd, 2019.  So according to the patient, the ringing in | | leading; vague; conjecture; | |
| 66:16 | the ear has been bothering him since approximately 2018, | | micharacterizes; 802/805; | |
| 66:17 | fair? | | lacks foundation; speculation; | |
| | | | improper hypothetical | |

| 66:19 - 66:23 | Gurley, Mark 2021-01-28 | 0:13 | | |

| | | |
|---|---|---|
| 66:19 | A. Based on that date, that is correct. | **Re: [66:19 to 66:23]** **OVERRULED** |
| 66:20 | Q. (By Ms. Esfandiarifard)  Okay.  Mr. Palanki | **Pltf Obj** FRE 401/403; 611 |
| 66:21 | then further reports that he has never been treated for | leading; vague; conjecture; |
| 66:22 | this before, right?  Have you been treated for this | micharacterizes; 802/805; |
| 66:23 | before?  No. | lacks foundation; speculation; |
| | | improper hypothetical |

| | | |
|---|---|---|
| 66:25 - 66:25 | Gurley, Mark 2021-01-28 | 0:02 |
| 66:25 | A. Right. | **Re: [66:25 to 66:25]** **OVERRULED** |
| | | **Pltf Obj** FRE 401/403; 611 |
| | | leading; vague; conjecture; |
| | | micharacterizes; 802/805; |
| | | lacks foundation; speculation; |
| | | improper hypothetical |

| | | |
|---|---|---|
| 67:04 - 67:06 | Gurley, Mark 2021-01-28 | 0:14 |
| 67:04 | Q. And turning to the next page of what's now | **Re: [67:04 to 67:06]** **OVERRULED** |
| 67:05 | been marked as Exhibit 5, it has Mr. Palanki or the | **Pltf Obj** FRE 401/403; 611 |
| 67:06 | patient list his -- all long-term medications, right? | leading; vague; conjecture; |
| | | micharacterizes; 802/805; |
| | | lacks foundation; speculation; |
| | | improper hypothetical |

| | | |
|---|---|---|
| 67:08 - 67:14 | Gurley, Mark 2021-01-28 | 0:18 |
| 67:08 | Q. (By Ms. Esfandiarifard)  And here -- | **Re: [67:08 to 67:14]** **OVERRULED** |
| 67:09 | A. Correct. | **Pltf Obj** FRE 401/403; 611 |
| 67:10 | Q. And here, the patient, Mr. Palanki, on | leading; vague; conjecture; |
| 67:11 | February 22nd, 2019, on his intake form has filled out | micharacterizes; 802/805; |
| 67:12 | his long-term medications Ambien 10 milligrams taken for | lacks foundation; speculation; |
| 67:13 | sleep, and tramadol 20 milligram taken for joint pain, | improper hypothetical |
| 67:14 | right? | |

| | | |
|---|---|---|
| 67:16 - 67:20 | Gurley, Mark 2021-01-28 | 0:13 |
| 67:16 | A. Correct. | **Re: [67:16 to 67:20]** **OVERRULED** |
| 67:17 | Q. (By Ms. Esfandiarifard)  And tramadol is the | **Pltf Obj** FRE 401/403; 611 |
| 67:18 | same pain medication we discussed earlier this morning, | leading; vague; conjecture; |
| 67:19 | right, Dr. Gurley? | micharacterizes; 802/805; |

| | | | | |
|---|---|---|---|---|
| 67:20 | A. Correct. | | lacks foundation; speculation; improper hypothetical | |
| | | | | |
| 68:11 - 68:14 | Gurley, Mark 2021-01-28 | 0:17 | | |
| 68:11 | Q. Okay.  We just finished -- or rather, we just | | | |
| 68:12 | discussed Mr. Palanki's February 22nd, 2019, visit to | | | |
| 68:13 | your office at Farragut ENT.  I'd now like to review | | | |
| 68:14 | what I believe to be his next visit to your office. | | | |
| | | | | |
| 68:18 - 68:23 | Gurley, Mark 2021-01-28 | 0:24 | | |
| 68:18 | Q. (By Ms. Esfandiarifard)  All right.  And | | | |
| 68:19 | Dr. Gurley, do you recognize this document? | | | |
| 68:20 | A. Yes. | | | |
| 68:21 | Q. What are we looking at here, Doctor? | | | |
| 68:22 | A. We're looking at a patient visit for Joseph F. | | | |
| 68:23 | Palanki, Jr. for February 7th, 2020. | | | |
| | | | | |
| 69:06 - 69:10 | Gurley, Mark 2021-01-28 | 0:15 | | |
| 69:06 | Q. All right.  And the date of this document is | | | |
| 69:07 | February 7th, 2020, and the date of the last document we | | | |
| 69:08 | looked at was February 22nd, 2019, so this is | | | |
| 69:09 | approximately a year later, right, sir? | | | |
| 69:10 | A. Correct. | | | |
| | | | | |
| 70:06 - 70:07 | Gurley, Mark 2021-01-28 | 0:07 | | |
| 70:06 | MS. ESFANDIARIFARD:  Let's go ahead and enter | | | |
| 70:07 | this as Exhibit 6.  Am I right on that, everybody? | | | |
| | | | | |
| 70:09 - 70:10 | Gurley, Mark 2021-01-28 | 0:00 | | |
| 70:09 | (Deposition Exhibit No. 6 was marked for | | | |
| 70:10 | identification and made part of the record.) | | | |
| | | | | |
| 73:19 - 73:23 | Gurley, Mark 2021-01-28 | 0:18 | Re: [73:19 to 73:23] | SUSTAINED |
| 73:19 | goal today.  So this history of present illness note | | Pltf Obj FRE 401/403/404; 611 | |
| 73:20 | indicates that there is a history of at least one motor | | leading; vague; conjecture; | |
| 73:21 | vehicle collision in Iraq for Mr. Palanki and he was -- | | micharacterizes; 802/805; | |
| 73:22 | he is in currently at this time, in the military service | | | |

| | | | |
|---|---|---|---|
| 73:23 | and there was noise exposure as part of that, right? | | lacks foundation; speculation; lacks personal knowledge |

| | | | |
|---|---|---|---|
| 73:25 - 73:25 | Gurley, Mark 2021-01-28 | 0:00 | |
| 73:25 | A. Correct. | | **Re: [73:25 to 73:25]** |
| | | | **Pltf Obj** FRE 401/403/404; 611 leading; vague; conjecture; micharacterizes; 802/805; lacks foundation; speculation; lacks personal knowledge |

**SUSTAINED**

| | | |
|---|---|---|
| 74:08 - 74:13 | Gurley, Mark 2021-01-28 | 0:13 |
| 74:08 | Underneath history of present illness, it | |
| 74:09 | states that the patient returns for tinnitus follow up, | |
| 74:10 | right? | |
| 74:11 | A. You are correct. | |
| 74:12 | Q. The record doesn't reflect that Mr. Palanki is | |
| 74:13 | seeing you for his hearing loss concerns, fair? | |

| | | |
|---|---|---|
| 74:15 - 74:15 | Gurley, Mark 2021-01-28 | 0:08 |
| 74:15 | A. That is -- that is correct. | |

| | | |
|---|---|---|
| 78:05 - 78:12 | Gurley, Mark 2021-01-28 | 1:31 |
| 78:05 | explanation.  Turning to the both ears within normal | |
| 78:06 | limits, that's a reflection of the audiogram results? | |
| 78:07 | A. That is.  She's reporting the audiogram, | |
| 78:08 | correct. | |
| 78:09 | Q. Okay.  So am I right, Dr. Gurley, that | |
| 78:10 | Mr. Palanki's February 7th, 2020, audiogram that was | |
| 78:11 | conducted in your office resulted in the following | |
| 78:12 | results:  Normal hearing within limits for both ears? | |

| | | |
|---|---|---|
| 78:14 - 78:14 | Gurley, Mark 2021-01-28 | 0:04 |
| 78:14 | A. You are correct. | |

| | | |
|---|---|---|
| 78:20 - 79:06 | Gurley, Mark 2021-01-28 | 1:31 |
| 78:20 | Looking at the tympanogram results, it | |

78:21     indicates that there was normal mobility and normal
78:22     middle ear pressure for both ears, fair?
78:23     A. Correct.
78:24     Q. In other words, for us non physicians,
78:25     Dr. Gurley, the tympanogram results for Mr. Palanki in
79:01     both ears were normal?
79:02     A. Correct.
79:03     Q. And am I right, Doctor, that a tympanogram is
79:04     an examination or an assessment of the patient's
79:05     eardrum?
79:06     A. Partially --

79:08 - 79:10     Gurley, Mark 2021-01-28                                    0:07
79:08     A. Excuse me.  Partially.  It's an examination of
79:09     the middle ear also, whether or not there's pressure or
79:10     fluid or pathology.

82:20 - 82:21     Gurley, Mark 2021-01-28                                    0:05
82:20     Q. (By Ms. Esfandiarifard)  So turning to the
82:21     next page of Exhibit 6 --

82:24 - 83:02     Gurley, Mark 2021-01-28                                    0:05
82:24     Q. (By ms. Esfandiarifard)  -- it indicates that
82:25     an audiogram and tympanogram were performed in the
83:01     clinic for Mr. Palanki, right?
83:02     A. Correct.

83:08 - 83:14     Gurley, Mark 2021-01-28                                    0:25
83:08     Q. Okay.  Directly beneath that, it notes,
83:09     Patient is stable with his tinnitus and hearing, right?
83:10     A. That was my assessment, correct.
83:11     Q. And what did that assessment, Patient is
83:12     stable with his tinnitus and hearing mean, sir?
83:13     A. It means that in my opinion at that time,
83:14     there was no changes from his previous exam.

84:22 - 85:04     Gurley, Mark 2021-01-28                                    0:20

84:22    Q. Okay.  And, again, it notes that you're going
84:23    to do -- or you recommend at least a follow up in a
84:24    year, right?
84:25    A. Yeah, yearly for people who are beginning to
85:01    have hearing loss or have hearing loss.
85:02    Q. Got it.  Got it.  So am I right that that
85:03    would -- that time for Mr. Palanki is pretty soon,
85:04    right?

85:06 - 85:07    Gurley, Mark 2021-01-28                          0:04
85:06    A. Yes, it would be.  I guess we've been seeing
85:07    him every February.

85:08 - 85:12    Gurley, Mark 2021-01-28                          0:17
85:08    Q. (By Ms. Esfandiarifard)  The years fly.  Am I
85:09    right that he hasn't been to see you in February -- or
85:10    excuse me, in January of 2021?
85:11    A. I'm going to answer that by correct, because I
85:12    checked our new EMR for records when I was subpoenaed.

86:22 - 87:02    Gurley, Mark 2021-01-28                          0:22
86:22    Q. Okay.  Fair enough, sir.  All righty.  It also
86:23    says, Call the office if your condition worsens or if
86:24    you have any concerns.  Sitting here today, do you know
86:25    whether Mr. Palanki has called Farragut ENT & Allergy
87:01    concerning his hearing or tinnitus since February 7th,
87:02    2020?

87:04 - 87:04    Gurley, Mark 2021-01-28                          0:04
87:04    A. I have no knowledge of that.

87:12 - 87:17    Gurley, Mark 2021-01-28                          0:15
87:12    Q. (By Ms. Esfandiarifard)  Okay.  In other
87:13    words, is it fair to say, Dr. Gurley, that had
87:14    Mr. Palanki called your office regarding his hearing or
87:15    tinnitus worsening, that would have been noted in some
87:16    manner in his medical records, which we have -- you have

87:17        produced, fair?

87:19 - 87:25        Gurley, Mark 2021-01-28                          0:26
87:19        A. It would have been either noted or it would
87:20        have triggered a follow-up visit sooner.
87:21        Q. (By Ms. Esfandiarifard)  And in this case,
87:22        there is no such notation of a call by Mr. Palanki
87:23        regarding his hearing or tinnitus since February 7th,
87:24        2020, nor is there a follow-up visit, is there?
87:25        A. To the best of my knowledge, no.

88:07 - 88:13        Gurley, Mark 2021-01-28                          0:27        Re: [88:07 to 88:13]                    OVERRULED
88:07        Q. Okay.  By the way, it also indicates a medical                  Pltf Obj FRE 401/403; 611
88:08        history of high cholesterol.  Do you see that, Doctor?             leading; vague; conjecture;
88:09        A. Yeah, I saw that twice.  He marked it.  If you                  micharacterizes; 802/805;
88:10        look at his -- his intake paperwork, he marked it.                 lacks foundation; improper
88:11        Q. So in other words, Dr. Gurley, that indication                  opinion 602/701/702/703
88:12        implies that the patient here, Mr. Palanki, self                   witness is not qualified to
88:13        reported a medical history of high cholesterol, fair?             give expert opinions on this
                                                                                matter; Plaintiff MIL

88:18 - 88:20        Gurley, Mark 2021-01-28                          0:15        Re: [88:18 to 88:20]                    SUSTAINED
88:18        Q. (By Ms. Esfandiarifard)  In your experience as                  Pltf Obj FRE 401/403; 611
88:19        an ENT, is there any connection between high cholesterol           leading; vague; conjecture;
88:20        and hearing issues or tinnitus?                                    micharacterizes; 802/805;
                                                                                lacks foundation; improper
                                                                                opinion 602/701/702/703
                                                                                witness is not qualified to
                                                                                give expert opinions on this
                                                                                matter; Plaintiff MIL

88:24 - 89:02        Gurley, Mark 2021-01-28                          0:10        Re: [88:24 to 89:02]                    SUSTAINED
88:24        A. Yeah, yeah.  So, yes, there's a link between                    Pltf Obj FRE 401/403; 611
88:25        hypercholesterolemia and hearing loss.                             leading; vague; conjecture;
89:01        Q. What -- what is that connection, sir, if you

| | | | |
|---|---|---|---|
| 89:02 | could explain to the jury? | | micharacterizes; 802/805; lacks foundation; improper opinion 602/701/702/703 witness is not qualified to give expert opinions on this matter; Plaintiff MIL |

**89:04 - 89:18   Gurley, Mark 2021-01-28                                        1:41**

| | | | |
|---|---|---|---|
| 89:04 | A. I'm not sure a hundred percent sure anyone | | **Re: [89:04 to 89:18]** |
| 89:05 | knows the actual connection, but there is an association | | **Pltf Obj** FRE 401/403; 611 |
| 89:06 | of sudden sensorineural hearing loss with | | leading; vague; conjecture; |
| 89:07 | hypercholesterolemia.  Sometimes if a patient were to | | micharacterizes; 802/805; |
| 89:08 | have sudden sensorineural hearing loss, meaning one ear | | lacks foundation; improper |
| 89:09 | just kind of went out, we will check the cholesterol. | | opinion 602/701/702/703 |
| 89:10 | I typically have gotten out of the habit of | | witness is not qualified to |
| 89:11 | doing that, because most patients do have high | | give expert opinions on this |
| 89:12 | cholesterol and I don't find it a very helpful lab test | | matter; Plaintiff MIL |
| 89:13 | in that, but there is -- let me say it this way. | | |
| 89:14 | Without being an expert witness, there is -- | | |
| 89:15 | Q. (By Ms. Esfandiarifard)  Understood. | | |
| 89:16 | A. -- literature to suggest that | | |
| 89:17 | hypercholesterolemia or high cholesterol has an | | |
| 89:18 | association with hearing loss and I'll leave it at that. | | |

SUSTAINED

**91:06 - 91:08   Gurley, Mark 2021-01-28                                        0:13**

| | |
|---|---|
| 91:06 | Q. Okay.  Now let's turn to the February 7th, |
| 91:07 | 2020, audiogram. |
| 91:08 | A. That one copied better. |

**91:15 - 91:18   Gurley, Mark 2021-01-28                                        0:11**

| | |
|---|---|
| 91:15 | Q. Is it the audiogram that your office, and in |
| 91:16 | particular, Dr. Sarah Post conducted in connection with |
| 91:17 | Mr. Palanki's February 7th, 2020, visit? |
| 91:18 | A. Correct. |

**92:13 - 92:14   Gurley, Mark 2021-01-28                                        0:04**

| | |
|---|---|
| 92:13 | MS. ESFANDIARIFARD:  So let's go ahead and |

92:14          enter this as what I will -- I believe to be Exhibit 7;

93:04 - 93:11  Gurley, Mark 2021-01-28                                          1:30
93:04          results of this audiogram.  We discussed this earlier,
93:05          but just so we understand and the jury understands,
93:06          Dr. Gurley, this shading on the results of Mr. Palanki's
93:07          audiogram from zero to 25 DB indicate that the audiogram
93:08          results were normal hearing in both ears for these
93:09          frequencies for Mr. Palanki in February of 2020,
93:10          correct?
93:11          A. Correct.

93:21 - 93:23  Gurley, Mark 2021-01-28                                          0:12
93:21          Q. (By Ms. Esfandiarifard)  Moving forward, it
93:22          also has to the left an indication that the test
93:23          reliability was good, right, Dr. Gurley?

93:25 - 93:25  Gurley, Mark 2021-01-28                                          0:02
93:25          A. Correct.

94:06 - 94:14  Gurley, Mark 2021-01-28                                          0:22
94:06          Q. Turning to the bottom -- or I'm sorry, just
94:07          the lower half of this audiogram from February 7th,
94:08          2020, in your office for Mr. Palanki, it again has the
94:09          SRT speech reception threshold circled and that the
94:10          right ear is 20 decibel and that the left ear is 15
94:11          decibel.
94:12          Am I right that this indicates that this
94:13          speech reception threshold was normal for Mr. Palanki in
94:14          both ears?

94:16 - 95:08  Gurley, Mark 2021-01-28                                          1:57
94:16          A. Correct.
94:17          Q. (By Ms. Esfandiarifard)  Am I also right that
94:18          the SRT of 20 in the right and 15 in the left ear
94:19          indicates that the test -- the audiogram was reliable in
94:20          this case for Mr. Palanki, fair?

94:21        A. Fair.
94:22        Q. And, Dr. Gurley, we can also look at the
94:23        discrim score here, which I understood earlier to mean
94:24        it reflects Mr. Palanki's speech discrimination score,
94:25        fair?
95:01        A. Correct.
95:02        Q. And on February 7th, 2020, Mr. Palanki had a
95:03        speech discrimination score of a hundred percent in both
95:04        ears, fair?
95:05        A. Correct.
95:06        Q. In other words, on February 7th, 2020,
95:07        Mr. Palanki had a perfect speech discrimination score
95:08        when tested at Farragut ENT & Allergy, right?


95:10 - 95:14    Gurley, Mark 2021-01-28                                0:15
95:10        A. He had the highest score you can obtain for
95:11        discrimination.
95:12        Q. (By Ms. Esfandiarifard)  And I just want to
95:13        walk through these audiogram results and make sure I'm
95:14        reading them right, Dr. Gurley, if you don't mind.


96:07 - 96:11    Gurley, Mark 2021-01-28                                0:13
96:07        Am I right that Mr. Palanki has a 10 in his
96:08        left ear at 500 and either a 10 or a 15 DB in his left
96:09        ear at 500, both of which would be considered normal,
96:10        fair?
96:11        A. I think that is --


96:13 - 96:18    Gurley, Mark 2021-01-28                                0:17
96:13        A. That is correct.
96:14        Q. (By Ms. Esfandiarifard)  And he has -- he
96:15        being Mr. Palanki, has a zero DB in his left ear and a
96:16        five DB in his right ear at a thousand hertz, which is
96:17        considered normal, right?
96:18        A. That is normal, correct.


97:13 - 97:17    Gurley, Mark 2021-01-28                                0:10

97:13     Q. (By ms. Esfandiarifard)  So we can agree,
97:14     Dr. Gurley, that Mr. Palanki has normal DB results at a
97:15     thousand hertz for both ears and they're somewhere
97:16     between zero and 15?
97:17     A. Correct.

97:23 - 98:01     Gurley, Mark 2021-01-28                                          0:11
97:23     Q. Mr. Palanki also has 10 DB results in both
97:24     ears at 4000 hertz, which is also considered normal,
97:25     correct?
98:01     A. That is normal, correct.

98:03 - 98:07     Gurley, Mark 2021-01-28                                          0:17
98:03     Q. (By Ms. Esfandiarifard)  And Mr. -- so,
98:04     Dr. Gurley, Mr. Palanki's audiogram results on February
98:05     7th, 2020, which were conducted in your office by
98:06     Dr. Sarah Post indicate that he has normal hearing in
98:07     both ears, correct?

98:09 - 98:16     Gurley, Mark 2021-01-28                                          0:17
98:09     A. Correct.
98:10     Q. (By Ms. Esfandiarifard)  Hence the shading of
98:11     the audiogram, right, Dr. Gurley?
98:12     A. Correct.
98:13     Q. Okay.  We discussed the speech discrimination
98:14     score.  At the bottom of the page, there's a section
98:15     titled test results impression, right?
98:16     A. Correct.

98:19 - 98:24     Gurley, Mark 2021-01-28                                          0:18
98:19     Q. (By Ms. Esfandiarifard)  And, again, just so
98:20     we're all on the same page, Dr. Sarah Post, who is the
98:21     individual who conducted the audiogram on February 7,
98:22     2020, is also the doctor who would have filled out this
98:23     portion titled test results and impression, right?
98:24     A. Correct.

99:01 - 99:04      Gurley, Mark 2021-01-28                                    0:11
  99:01  Q. (By Ms. Esfandiarifard)  And you would have
  99:02  reviewed this audiogram result, Dr. Gurley, and signed
  99:03  off on it as Mr. Palanki's ENT for the same day visit,
  99:04  correct?

99:06 - 99:06      Gurley, Mark 2021-01-28                                    0:02
  99:06  A. Yes, I would have.

99:11 - 99:21      Gurley, Mark 2021-01-28                                    1:46
  99:11  Q. All right.  Fair enough.  So I'm going to read
  99:12  this and you tell me if I'm reading it reasonably
  99:13  correctly, sir.  "Test results/impression.  Normal
  99:14  hearing bilaterally, despite suspicion of hearing loss
  99:15  due to noise exposures and tinnitus concerns."
  99:16  A. You read that correctly.
  99:17  Q. Am I right in understanding that this -- this
  99:18  indicates that Dr. Sarah Post and also you, Dr. Gurley,
  99:19  who reviewed it, have noted that Mr. Palanki has normal
  99:20  hearing in both ears despite a suspicion of hearing loss
  99:21  due to noise exposures and tinnitus concerns, right?

99:23 - 99:23      Gurley, Mark 2021-01-28                                    0:03
  99:23  A. On the audiogram, correct.

101:03 - 101:08    Gurley, Mark 2021-01-28                                    0:13
  101:03  Q. (By Ms. Esfandiarifard)  So -- so just so I
  101:04  understand you correctly, when you say Mr. Palanki is
  101:05  headed towards hearing loss, do you -- am I
  101:06  understanding you correctly that you don't believe he
  101:07  currently has hearing loss based on your medical notes
  101:08  and his audiogram?

101:12 - 101:23    Gurley, Mark 2021-01-28                                    1:50
  101:12  A. So correct, he has a normal audiogram as of
  101:13  two points in time.  He has abnormal OAEs, which
  101:14  suggests damage to the outer hair cells coupled with a

101:15    significant history per the patient of loud noise
101:16    exposure and periodic tinnitus or ringing, to me, leads
101:17    me to the conclusion that there is damage.
101:18    Most likely if you drug that audiogram out,
101:19    which for legal purposes, for medical purposes, it
101:20    doesn't go past 8 kilohertz -- excuse me 8 hertz, sorry,
101:21    8000 hertz, if you drug that audiogram out, you would
101:22    start seeing it dropping off based on those OAEs what
101:23    he's describing in his history.  That is my opinion.

**101:24 - 102:09**  Gurley, Mark 2021-01-28        1:34

101:24    Q. (By Ms. Esfandiarifard)  Understood,
101:25    Dr. Gurley.  That's super helpful.  So am I
102:01    understanding your testimony correctly that it's your
102:02    opinion based on seeing Mr. Palanki and conducting a
102:03    medical evaluation and reviewing these audiograms
102:04    conducted in your office that Mr. Palanki has normal
102:05    hearing in the frequencies on the audiogram, but if you
102:06    were to look at higher frequencies, which are normally
102:07    not tested, it's possible that Mr. Palanki would show
102:08    hearing loss at those much higher frequencies that fall
102:09    outside a typical audiogram?

**102:11 - 102:22**  Gurley, Mark 2021-01-28        1:40

102:11    A. That is a correct statement.  It is my -- my
102:12    opinion that Mr. Palanki has damage to his hearing that
102:13    is not showing up on a traditional audiogram as of yet.
102:14    That says nothing for causality or anything.  I'm
102:15    just -- based on the data I'm looking at, I would
102:16    counsel the patient and I have counseled him.  In
102:17    laymen's term, I usually tell the patient, well, you
102:18    don't have hearing loss right now, but I bet you're on
102:19    the list.  As you get older, you're going to start
102:20    seeing those high frequencies start coming down.  It's
102:21    not always when you do today.  It's what's from the past
102:22    and how you go forward.

102:25 - 103:03   Gurley, Mark 2021-01-28                              0:11
    102:25          Dr. Gurley, it's your testimony that the
    103:01          patient has reported to you noise exposure, correct?
    103:02          A. That -- that is correct, based on his medical
    103:03          history and what he told me --

103:06 - 103:08   Gurley, Mark 2021-01-28                              0:12
    103:06          Q. Understood, Dr. Gurley.  And to focus on this
    103:07          OAE, it notes that it's slightly absent and reduced in
    103:08          the right ear more than the left ear, right?

104:07 - 104:10   Gurley, Mark 2021-01-28                              0:16
    104:07          Q. (By Ms. Esfandiarifard)  Understood.  How
    104:08          would a low end of the severity scale of OAE absence
    104:09          affect a patient's ability to hear on a day-to-day
    104:10          basis?

104:18 - 105:02   Gurley, Mark 2021-01-28                              1:31
    104:18          You can't just look at the severity of an OAE
    104:19          and say he doesn't hear 20 percent or he hears 10
    104:20          percent less.  It doesn't work that way.  The OAE is
    104:21          measuring the outer hair cells.
    104:22          There is a portion of the population that does
    104:23          not have OAEs or normal OAEs, period.  It's a test that
    104:24          we use in conjunction with other tests.  And in his case
    104:25          with his history and his complaints that suggested there
    105:01          was damage to his outer hair cells, most likely from
    105:02          noise-induced trauma.

111:15 - 111:18   Gurley, Mark 2021-01-28                              0:07
    111:15          Q. You would agree with me Dr. Gurley, as you
    111:16          said earlier, that OAE results are most reliable when
    111:17          they've been repeated and you receive the same results,
    111:18          fair?

111:20 - 111:21   Gurley, Mark 2021-01-28                              0:09
    111:20          A. I think that's a fair statement, that you want

| | | |
|---|---|---|
| 111:21 | to see repeatability in any test.  I think that's fair. | |
| | | |
| 114:18 - 115:15 | Gurley, Mark 2021-01-28 | 1:06 |
| 114:18 | Q. (By Ms. Esfandiarifard)  Am I right, and I -- | |
| 114:19 | and I actually am not sure on this, Dr. Gurley.  Am I | |
| 114:20 | right once a hair cell is damaged, it doesn't repair, | |
| 114:21 | fair? | |
| 114:22 | A. That's fair, but so inner testing variability | |
| 114:23 | is going to happen.  I mean, it's going to happen and | |
| 114:24 | that is nothing -- | |
| 114:25 | Q. Sure. | |
| 115:01 | A. -- to do with the patient.  Mr. Palanki has | |
| 115:02 | nothing to do -- this is completely -- you know, he | |
| 115:03 | could have had -- although the tympanogram was normal, | |
| 115:04 | there could have been a tiny bit of middle ear | |
| 115:05 | dysfunction.  We could have gotten a bad reading.  So an | |
| 115:06 | inner test variability of a few -- that's why I'm | |
| 115:07 | focusing on the 11. | |
| 115:08 | I don't have much of an argument with that. | |
| 115:09 | If you look below it at 12, that's obviously out and | |
| 115:10 | that was out last time.  I would have like to have had | |
| 115:11 | graphic reputation of that, but unfortunately, we do | |
| 115:12 | not, but an inner variable testing -- inner testing | |
| 115:13 | variability of a few here or there, I can't make a | |
| 115:14 | diagnosis -- I can't make assumptions on that.  I have | |
| 115:15 | to look at the whole picture of the patient. | |
| | | |
| 117:20 - 118:07 | Gurley, Mark 2021-01-28 | 1:30 |
| 117:20 | Q. That makes sense, Dr. Gurley.  So am I | |
| 117:21 | understanding you correctly that you agree with me that | |
| 117:22 | there's a difference in the OAE results from 2019 and | |
| 117:23 | 2020, and in particular, we've noted two improvements in | |
| 117:24 | 2020, fair? | |
| 117:25 | A. Right. | |
| 118:01 | Q. In the OAE results?  Okay. And you would -- | |
| 118:02 | A. Correct.  Absolutely. | |
| 118:03 | Q. Sorry to interrupt you.  You would agree with | |

| | | |
|---|---|---|
| 118:04 | me based on your own testimony, if I'm understanding | |
| 118:05 | correctly, an OAE result doesn't necessarily imply that | |
| 118:06 | an individual has hearing -- normal hearing or abnormal | |
| 118:07 | hearing, right? | |

| | | |
|---|---|---|
| 118:09 - 118:09 | Gurley, Mark 2021-01-28 | 0:02 |
| 118:09 | A. Correct, that is my opinion. | |

| | | |
|---|---|---|
| 118:11 - 118:11 | Gurley, Mark 2021-01-28 | 0:14 |
| 118:11 | A. In my training and how I interpret the test. | |

| | | | |
|---|---|---|---|
| 118:20 - 118:23 | Gurley, Mark 2021-01-28 | 0:06 | |
| 118:20 | Q. Dr. Palanki (sic), would you agree with me | **Re: [118:20 to 118:23]** | **OVERRULED** |
| 118:21 | that Mr. Palanki does not currently require any | **Pltf Obj** FRE 401/403; 611 | |
| 118:22 | treatment for his hearing? | leading; vague; conjecture; | |
| 118:23 | A. I agree -- | micharacterizes; 802/805; | |
| | | lacks foundation; speculation; | |
| | | asked and answered. | |

| | | |
|---|---|---|
| 119:01 - 119:08 | Gurley, Mark 2021-01-28 | 0:26 |
| 119:01 | Q. (By Ms. Esfandiarifard)  You would agree with | |
| 119:02 | me that Mr. Palanki does not require any hearing | |
| 119:03 | assistive device or hearing aids, correct? | |
| 119:04 | A. Correct.  I was waiting for it. | |
| 119:05 | Q. And you would agree -- you would agree with | |
| 119:06 | me, Dr. Gurley, that Mr. Palanki's tinnitus, which is | |
| 119:07 | subjective and self reported to you, is minimal or minor | |
| 119:08 | in nature, fair? | |

| | | |
|---|---|---|
| 119:10 - 119:19 | Gurley, Mark 2021-01-28 | 1:39 |
| 119:10 | A. So let me answer that how I would answer it to | |
| 119:11 | any patient or anyone else.  Tinnitus, in a way, is like | |
| 119:12 | pain.  If you tell me you're hurting, I believe you.  I | |
| 119:13 | can't necessarily quantify it.  His complaints do not | |
| 119:14 | say that he is depressed, suicidal, at his wit's end, | |
| 119:15 | its affecting his significant daily living, but I cannot | |
| 119:16 | and will not quantify anyone's tinnitus.  I just don't | |

119:17    think that that's right or accurate to say your tinnitus
119:18    is worse than her tinnitus.  You -- you can't really do
119:19    that.


121:08 - 121:17    Gurley, Mark 2021-01-28                                    0:23
121:08    And just for the record, you and I have never
121:09    spoken before, correct?
121:10    A. No, not before today.
121:11    Q. And you've never spoken before today with any
121:12    other attorney or anyone from a law office that
121:13    represents Mr. Palanki, correct?
121:14    A. Correct.
121:15    Q. But you have spoken to somebody from the
121:16    defendants before today, correct?
121:17    A. Correct, to organize the -- the deposition.


122:20 - 122:23    Gurley, Mark 2021-01-28                                    0:09
122:20    Q. And Mr. Palanki is not paying you to testify
122:21    today, correct?
122:22    A. That is correct.  He's my patient or he was.
122:23    I haven't seen him back.


122:24 - 123:01    Gurley, Mark 2021-01-28                                    0:04
122:24    Q. Dr. Gurley, have you reviewed Mr. Palanki's
122:25    deposition for this case?
123:01    A. No.


123:11 - 123:22    Gurley, Mark 2021-01-28                                    1:36
123:11    Q. Dr. Gurley, prior to examining Mr. Palanki,
123:12    did you review any of his other previous medical
123:13    records?
123:14    A. No, all I have was his new patient fill out
123:15    paperwork and what -- the tests we ordered.
123:16    Q. So you never reviewed any of his audiograms
123:17    that were taken while he was in the military?
123:18    A. No, I -- to the best of my knowledge, I do not
123:19    have those.

123:20    Q. And you never reviewed any of his other
123:21    medical records other than what your office took?
123:22    A. That is correct.

125:14 - 125:20   Gurley, Mark 2021-01-28                     0:16
125:14    Q. (By Ms. Marlowe)  And we looked at several
125:15    records today --
125:16    A. Yes.
125:17    Q. -- including the patient intake form, which I
125:18    believe was Exhibit 6.  And you agree with me that you
125:19    do not know either way whether Mr. Palanki wrote those
125:20    answers himself?

125:23 - 125:24   Gurley, Mark 2021-01-28                     0:03
125:23    A. That is a correct statement.  I have no way of
125:24    knowing who filled out the form personally.

126:09 - 126:10   Gurley, Mark 2021-01-28                     0:11
126:09    Q. You did not -- neither you nor your office
126:10    independently assessed his cholesterol, though?

126:15 - 126:16   Gurley, Mark 2021-01-28                     0:04
126:15    A. We did not perform a cholesterol examination
126:16    or test.

126:17 - 126:20   Gurley, Mark 2021-01-28                     0:14
126:17    Q. (By Ms. Marlowe)  And neither you nor your
126:18    office ever reviewed a medical record that showed that
126:19    Mr. Palanki had high or hyper cholesterol, correct?
126:20    A. That is correct.

127:01 - 127:03   Gurley, Mark 2021-01-28                     0:06
127:01    Q. Do you know of any specific literature that
127:02    connects high or hyper cholesterol to hearing loss?
127:03    A. No specific literature.

127:10 - 127:13   Gurley, Mark 2021-01-28                     0:13

127:10     Q. (By Ms. Marlowe)  And you can't point me to
127:11     any specific study that connects high or hyper
127:12     cholesterol to tinnitus either, correct?
127:13     A. Correct.  I cannot off the top of my head, no.

133:22 - 134:02   Gurley, Mark 2021-01-28                          0:11
127:22     Q. (By Ms. Marlowe)  Okay.  And now we're going
133:23     to look at Exhibit 2, which is another one that we
133:24     looked at earlier today.  So the same is true with
133:25     Exhibit 2.  Do you see Exhibit 2 on your screen,
134:01     Dr. Gurley?
134:02     A. I do see it, yes.

134:06 - 134:08   Gurley, Mark 2021-01-28                          0:05
134:06     Q. But Mr. Palanki, he did not write the
134:07     information in this document?
134:08     A. No, I --

134:10 - 134:11   Gurley, Mark 2021-01-28                          0:08
134:10     A. Sorry.  My scribe, whoever it was that day,
134:11     wrote it or typed it, to be more correct.

134:12 - 134:15   Gurley, Mark 2021-01-28                          0:14
134:12     Q. (By Ms. Marlowe)  Okay.  And Mr. Palanki --
134:13     you don't have any written record that Mr. Palanki wrote
134:14     where he said he discharged firearms without hearing
134:15     protection, do you?

134:17 - 134:24   Gurley, Mark 2021-01-28                          0:19
134:17     A. I'm confused, because that is written right
134:18     there.  I mean, are you asking if -- in his own
134:19     handwriting or what?
134:20     Q. (By Ms. Marlowe)  Correct.  Right.  You don't
134:21     have -- for example, he didn't write that on a patient
134:22     intake form?
134:23     A. No, because we verb -- no, he did not,
134:24     correct.  Correct.

134:25 - 135:02   Gurley, Mark 2021-01-28                                0:04

  134:25   Q. Okay.  And he didn't write that on any other
  135:01   form provided to your office, correct?
  135:02   A. That is correct.


135:04 - 135:08   Gurley, Mark 2021-01-28                                0:16

  135:04   Q. (By Ms. Marlowe)  And -- and, similarly,
  135:05   Mr. Palanki did not write on any document that you have,
  135:06   he did not personally write that he had a history of
  135:07   head trauma in motor vehicle in Iraq, correct?
  135:08   A. That is correct.


135:09 - 135:10   Gurley, Mark 2021-01-28                                0:04

  135:09   Q. As far as you know, has Mr. Palanki ever seen
  135:10   this record?


135:12 - 135:12   Gurley, Mark 2021-01-28                                0:02

  135:12   A. I do not know.                    **Re: [135:12 to 135:12]**        **OVERRULED**
                                                    **Def Obj**  Improper counter


135:21 - 135:24   Gurley, Mark 2021-01-28                                0:07

  135:21   Q. (By Ms. Marlowe)  Is it -- is it standard        **Re: [135:21 to 135:24]**        **OVERRULED**
  135:22   practice for you to show your patients medical records       **Def Obj**  Improper counter
  135:23   like this?
  135:24   A. No.


139:12 - 140:02   Gurley, Mark 2021-01-28                                1:57

  139:12   Q. (By Ms. Marlowe)  Explain for the jury what is
  139:13   tinnitus.
  139:14   A. So tinnitus is the subjective sound a patient
  139:15   experiences.  Typically we think when it's related to
  139:16   hearing loss, but it's a subjective sound heard by --
  139:17   heard by the patient.  It can mean a lot of different
  139:18   things and I don't want to get on a lecture of all the
  139:19   tinnitus, but most people equate it with a ringing,
  139:20   humming, buzzing, noise, musquito, katydids, some type

| | | |
|---|---|---|
| 139:21 | of typically high-pitched sound that is heard by them | |
| 139:22 | and not necessarily by others intermittent, constant, | |
| 139:23 | comes and goes, but there are all sorts of forms. | |
| 139:24 | I have had patients that have tinnitus in the | |
| 139:25 | form of music.  So we don't really know a hundred | |
| 140:01 | percent what is tinnitus, what causes it, why some have | |
| 140:02 | it, why some don't, which makes it harder to treat. | |

**140:03 - 140:06   Gurley, Mark 2021-01-28**                                    0:14

140:03   Q. I understand.  And so just to make sure I'm --
140:04   I'm understanding you clearly, people can have a form of
140:05   hearing loss like tinnitus that's not detected on a
140:06   normal pure tone audiogram, correct?

**140:09 - 140:11   Gurley, Mark 2021-01-28**                                    0:05

140:09   A. I'll -- I'll answer, absolutely.  I have           **Re: [140:09 to 140:11]**          **OVERRULED**
140:10   tinnitus patients quite frequently who have normal    **Def Obj** 701; Improper counter
140:11   audiograms.

**140:12 - 140:14   Gurley, Mark 2021-01-28**                                    0:07

140:12   Q. (By Ms. Marlowe)  And people can have hearing      **Re: [140:12 to 140:14]**          **OVERRULED**
140:13   loss even if an audiogram shows thresholds within the **Def Obj** 701; Improper counter
140:14   normal range of hearing, correct?

**140:16 - 140:19   Gurley, Mark 2021-01-28**                                    0:18

140:16   A. That is correct.  The -- the question is, is       **Re: [140:16 to 140:19]**          **OVERRULED**
140:17   you know, if you compare someone over a period of time, **Def Obj** 701; Improper counter
140:18   they still can have hearing loss, but be within the
140:19   normal range.  I think that's what you asked me.

**143:25 - 144:02   Gurley, Mark 2021-01-28**                                    0:07

143:25   Q. And my next question is that people can            **Re: [143:25 to 144:02]**          **OVERRULED**
144:01   manifest hearing damage or hearing loss at high       **Def Obj** Improper Counter; 701
144:02   frequencies, correct?

**144:04 - 144:09   Gurley, Mark 2021-01-28**                                    0:18

144:04   A. Absolutely.  I mean, I think one of the better     **Re: [144:04 to 144:09]**          **OVERRULED**

144:05    examples of that is the -- the kids with the dog whistle    **Def Obj** Improper Counter; 701
144:06    on their phone messing with their teachers.  You know,
144:07    as you get older, it's not uncommon to lose the higher
144:08    frequencies or have trauma induced as high frequency
144:09    hearing loss.

144:10 - 144:13    Gurley, Mark 2021-01-28    0:10
144:10    Q. (By Ms. Marlowe)  And those high frequencies    **Re: [144:10 to 144:13]**    **OVERRULED**
144:11    where hearing loss can be manifested or realized, those    **Def Obj** Improper Counter; 701
144:12    are not tested on a normal audiogram, correct?
144:13    A. Unfortunately no --

144:15 - 144:18    Gurley, Mark 2021-01-28    0:07
144:15    A. I mean, that's one of the reasons why we're    **Re: [144:15 to 144:18]**    **OVERRULED**
144:16    looking at getting into the 12000, because I think    **Def Obj** Improper Counter; 701
144:17    there's a subset of patients who do have hearing loss
144:18    that we're not detecting.

146:10 - 146:12    Gurley, Mark 2021-01-28    0:09
146:10    Q. Okay.  But one of the tests you did conduct,    **Re: [146:10 to 146:12]**    **OVERRULED**
146:11    though, was otoacoustic emissions test, correct?    **Def Obj** Improper Counter
146:12    A. Yes.

146:13 - 146:14    Gurley, Mark 2021-01-28    0:03
146:13    Q. And that tests whether the outer hair cells    **Re: [146:13 to 146:14]**    **OVERRULED**
146:14    are damaged, right?    **Def Obj** Improper Counter

146:16 - 146:20    Gurley, Mark 2021-01-28    0:20
146:16    A. So -- so once again, just like I was talking    **Re: [146:16 to 146:20]**    **OVERRULED**
146:17    to your colleague earlier testifying, it can show    **Def Obj** Improper Counter
146:18    potential for damage, etcetera.  I don't want to over
146:19    read that test, but yes, it's a rough example of the
146:20    outer hair cell workings.

147:15 - 147:18    Gurley, Mark 2021-01-28    0:10
147:15    Q. Okay.  And -- and you do, in fact, find in
147:16    your studies that Mr. Palanki had some reduced

147:17        otoacoustic emissions, correct?
147:18        A. On two separate tests --

147:20 - 147:20   Gurley, Mark 2021-01-28                                      0:00
147:20        A. -- yes.

147:21 - 147:23   Gurley, Mark 2021-01-28                                      0:10
147:21        Q. (By Ms. Marlowe)  And based upon your analysis
147:22        of the data and of Mr. Palanki, you were able to
147:23        diagnose him with tinnitus, correct?

148:01 - 148:10   Gurley, Mark 2021-01-28                                      0:21
148:01        A. I think it would be more correct to say that I
148:02        diagnosed Mr. Palanki for tinnitus as I would for any
148:03        other patient with tinnitus based upon their history and
148:04        their symptoms to me.
148:05        Q. (By Ms. Marlowe)  Okay.  And based upon --
148:06        A. The test -- the test lends credence to that
148:07        with having decreased otoacoustic emissions, if that's
148:08        what you're asking.
148:09        Q. That is what I was asking.
148:10        A. Yes.

148:11 - 148:12   Gurley, Mark 2021-01-28                                      0:01
148:11        Q. Thank you for the clarification.
148:12        A. Yes, yeah.

148:13 - 148:16   Gurley, Mark 2021-01-28                                      0:17
148:13        Q. And, similarly, based upon your analysis and
148:14        the testing conducted on Mr. Palanki, your ultimate
148:15        conclusion and diagnosis did have bilateral
148:16        sensorineural hearing loss, correct?

148:17 - 148:17   Gurley, Mark 2021-01-28                                      0:00
148:17        A. Yes, he has --

148:19 - 148:23   Gurley, Mark 2021-01-28                                      0:11

148:19   A. Yes, it is my opinion that he has damage to
148:20   his high frequencies.
148:21   Q. (By Ms. Marlowe)  And damage to high
148:22   frequencies --
148:23   A. Excuse me, sensorineural hearing loss, yes.

| Designations | | Objections | Rulings |
|---|---|---|---|
| 6:04 - 6:08 | Gurley, Mark 2021-01-28 | 0:12 | |
| 6:04 | Q. Excellent.  Good morning or good afternoon, | | |
| 6:05 | Dr. Gurley.  My name is Saghar Esfandiarifard, and as I | | |
| 6:06 | said, I'm from the law firm, Kirkland & Ellis.  I'm | | |
| 6:07 | representing 3M today.  Thank you again very much for | | |
| 6:08 | your time this afternoon. | | |
| | | | |
| 6:09 - 6:11 | Gurley, Mark 2021-01-28 | 0:06 | |
| 6:09 | Can you please state your name for the record, | | |
| 6:10 | sir? | | |
| 6:11 | A. Mark Thomas Gurley. | | |
| | | | |
| 7:12 - 7:14 | Gurley, Mark 2021-01-28 | 0:06 | |
| 7:12 | Q. Today you're receiving a thousand an hour just | | |
| 7:13 | to compensate you for your time, right? | | |
| 7:14 | A. Correct. | | |
| | | | |
| 7:15 - 7:20 | Gurley, Mark 2021-01-28 | 0:14 | |
| 7:15 | Q. Kirkland & Ellis has not asked you to testify | | |
| 7:16 | in any particular way today, correct? | | |
| 7:17 | A. Correct. | | |
| 7:18 | Q. And when I say Kirkland & Ellis, I mean | | |
| 7:19 | Kirkland & Ellis and 3M have not asked you to testify in | | |
| 7:20 | any particular way today, correct? | | |
| | | | |
| 7:22 - 8:02 | Gurley, Mark 2021-01-28 | 0:15 | |
| 7:22 | A. Correct.  No one has asked me to participate | | |
| 7:23 | in any particular way, period. | | |
| 7:24 | Q. (By Ms. Esfandiarifard) Excellent.  Do you | | |
| 7:25 | understand that we're here today because of a lawsuit | | |
| 8:01 | that a Mr. Joseph Palanki filed against 3M? | | |
| 8:02 | A. I am now, yes. | | |
| | | | |
| 13:04 - 13:10 | Gurley, Mark 2021-01-28 | 0:28 | |
| 13:04 | Q. Do you know, by chance -- and we'll look at | | |
| 13:05 | the records later, but do you know sitting here when is | | |

13:06     the last time that you examined Mr. Palanki?
13:07     A. 2-7-2020.
13:08     Q. And do you know when is the last time that you
13:09     spoke with him?
13:10     A. To the best of my knowledge, 2-7-2020.

17:02 - 17:04     Gurley, Mark 2021-01-28                          0:06
17:02     When you say that you did not see a
17:03     significant injury, is it your testimony that
17:04     Mr. Palanki does not have any hearing loss?

17:06 - 17:13     Gurley, Mark 2021-01-28                          0:26
17:06     A. No, that's not what I'm saying.  I'm saying he
17:07     doesn't have a significant injury.  When -- I mean, if
17:08     we're going to get into looking at the actual audiograms
17:09     and discuss them, I'm happy to do that and I'll -- we
17:10     can put them up for the record, but he does have some
17:11     loss in high frequency, specifically in the left ear,
17:12     but overall if you were to look at his audiogram from
17:13     just a standard audiogram, his audiogram was normal.

20:10 - 20:16     Gurley, Mark 2021-01-28                          0:12
20:10     Q. Okay.  Great.  All right.  Dr. Gurley, you're
20:11     a medical doctor, right?
20:12     A. Correct.
20:13     Q. Okay.  And you went to college?
20:14     A. Yes.
20:15     Q. And then you went to medical school?
20:16     A. Correct.

21:04 - 21:07     Gurley, Mark 2021-01-28                          0:09
21:04     Q. (By Ms. Esfandiarifard)  Understood.  Am I
21:05     right that you completed your residency in the
21:06     department of otolaryngology, head and neck surgery?
21:07     A. Correct.

21:08 - 21:10     Gurley, Mark 2021-01-28                          0:08

| 21:08 | Q. So am I right that you're an otolaryngologist, |
| 21:09 | or put more simply for me, an ENT? |
| 21:10 | A. Correct, board-certified. |

21:11 - 21:14   Gurley, Mark 2021-01-28                                        0:14
| 21:11 | Q. And how -- board-certified, right.  So you are |
| 21:12 | board-certified as an ENT in the -- in the United States |
| 21:13 | and in what state in particular, Dr. Gurley? |
| 21:14 | A. I'm licensed to practice in Tennessee. |

21:15 - 21:23   Gurley, Mark 2021-01-28                                        0:24
| 21:15 | Q. How many years are you been practicing as an |
| 21:16 | ENT? |
| 21:17 | A. I finished in '07, so 13 officially, 14 |
| 21:18 | almost. |
| 21:19 | Q. You've been -- |
| 21:20 | A. Sorry. |
| 21:21 | Q. You've been practicing as an ENT for |
| 21:22 | approximately 13 years, fair? |
| 21:23 | A. Yeah. |

21:24 - 22:06   Gurley, Mark 2021-01-28                                        1:44
| 21:24 | Q. And in your 13 years of practice as an ENT, |
| 21:25 | how many patients would you estimate you've treated? |
| 22:01 | A. So, I mean, an average of 4- to 5,000 a year |
| 22:02 | for 13 -- 40- or 50,000 people.  I mean, not all of |
| 22:03 | those were individual contacts and some are repeat |
| 22:04 | patients, but I would say probably 40- or 50,000 |
| 22:05 | individuals I've seen in my career so far, not counting |
| 22:06 | residency. |

22:07 - 22:10   Gurley, Mark 2021-01-28                                        0:12
| 22:07 | Q. Understood.  And currently, am I right that |
| 22:08 | you're employed at Farragut ENT & Allergy in Knoxville, |
| 22:09 | Tennessee? |
| 22:10 | A. Correct.  I'm a shareholder of it, yes. |

22:15 - 22:25    Gurley, Mark 2021-01-28                                    1:39
  22:15        Q. Understood.  And how would you describe your
  22:16        day-to-day tasks as an ENT at Farragut ENT & Allergy,
  22:17        Dr. Gurley?
  22:18        A. So my duties are broken up into two basic
  22:19        duties.  I have clinic and I have surgery.  I treat all
  22:20        otolaryngology disorders, all ages.  So I do basically
  22:21        general ENT work and I operate.
  22:22        So I usually have six clinics a week and three
  22:23        to four OR days.  I take at least one week of call a
  22:24        month, plus I have the administrative duties of being a
  22:25        shareholder in the corporation.

23:01 - 23:03    Gurley, Mark 2021-01-28                                    0:10
  23:01        Q. Can you explain very briefly to the jury what
  23:02        type of care an ENT such as yourself provides?
  23:03        A. So --

23:05 - 23:16    Gurley, Mark 2021-01-28                                    1:44
  23:05        A. -- we basically treat all disorders of the
  23:06        ear, nose and throat dealing with any type of medical
  23:07        condition or surgical condition.  In laymen's terms,
  23:08        basically we treat allergies and sinus and tonsils and
  23:09        we do hearing and tubes, surgical care of cancer
  23:10        patients.  I do thyroids, balance.
  23:11        We're actually a balance center here.  We
  23:12        treat a lot of hearing and balance disorders in our
  23:13        practice.  Sinus, allergy, we do allergy.  That's what I
  23:14        did my academy fellowship in was extra training in
  23:15        allergy.  Just your general basic head and neck
  23:16        patients.

24:05 - 24:16    Gurley, Mark 2021-01-28                                    1:39
  24:05        Q. What is your specific role in ensuring a
  24:06        medical record is complete and done?
  24:07        A. My signature is at the bottom of them.
  24:08        Q. Do you personally write --

24:09        A. No.
24:10        Q. -- or review the medical record that you sign,
24:11        Dr. Gurley?
24:12        A. Okay.  So I have a scribe in the room with me
24:13        when I'm seeing a patient.  They're typing.  At the end,
24:14        I will go back and review each day, sometimes it's a day
24:15        or two later, the medical record and then I will sign it
24:16        once I feel that it's complete.

25:07 - 25:11    Gurley, Mark 2021-01-28                                    0:16
25:07        Q. (By Ms. Esfandiarifard)  So let's turn to the
25:08        first medical visit that Mr. Palanki had with yourself,
25:09        Dr. Gurley.  Dave is going to throw on the screen here
25:10        the February 22nd, 2019, medical visit.
25:11        A. Uh-huh.

25:12 - 25:14    Gurley, Mark 2021-01-28                                    0:09
25:12        Q. Before we look into it, do you by chance have
25:13        an understanding as to how Mr. Palanki came to select
25:14        you as his ENT in 2019, Dr. Gurley?

25:16 - 25:22    Gurley, Mark 2021-01-28                                    0:24
25:16        A. I do not recall from memory, but he had a
25:17        referring physician in the medical record of Dr. Tim
25:18        Collins who sent him.
25:19        Q. (By Ms. Esfandiarifard)  And who is Dr. Tim
25:20        Collins, Dr. Gurley?
25:21        A. I would assume, I'm not personal friends with
25:22        him, but he's a primary care physician in the area.

27:20 - 27:23    Gurley, Mark 2021-01-28                                    0:09
27:20        Q. (By Ms. Esfandiarifard)  And you personally
27:21        saw Mr. Palanki during this February 22nd, 2019, visit,
27:22        right?
27:23        A. Yes, correct.

28:17 - 28:25    Gurley, Mark 2021-01-28                                    0:26

28:17    MS. ESFANDIARIFARD:  I would like to move to
28:18    enter this into the record as Exhibit 2.
28:19    (Deposition Exhibit No. 2 was marked for
28:20    identification and made part of the record.)
28:21    Q. (By Ms. Esfandiarifard)  And now let's turn to
28:22    the first page again.  When we look into the subjective
28:23    section, it says, "Chief complaint:  Ringing in the
28:24    ear."  Did I read that correctly, Dr. Gurley?
28:25    A. You are correct.

29:01 - 29:04    Gurley, Mark 2021-01-28                          0:10
29:01    Q. And is my understanding correct that this
29:02    notation implies that Mr. Palanki came to see you for
29:03    ringing in his ears?
29:04    A. Correct, that's --

29:06 - 29:09    Gurley, Mark 2021-01-28                          0:11
29:06    A. -- generally what a -- that's generally what a
29:07    chief complaint is.  What the patient tells you in
29:08    general, that's what we write down for the reason for
29:09    them being there.

30:09 - 30:14    Gurley, Mark 2021-01-28                          0:15
30:09    Q. All right.  And turning to the history of
30:10    present illness, it says, "Ringing in ear," and then I'm
30:11    going to read what I think all of this means and you
30:12    tell me if I'm reading it incorrectly.  Patient is here
30:13    today for ringing in the ear, right?
30:14    A. Correct.

30:15 - 30:16    Gurley, Mark 2021-01-28                          0:09
30:15    Q. Patient reports it's not constant and can only
30:16    hear it when it's quiet, correct?

30:18 - 30:18    Gurley, Mark 2021-01-28                          0:00
30:18    A. Correct.  Sorry.  Correct.

32:07 - 32:09    Gurley, Mark 2021-01-28    0:08

    32:07    Q. (By Ms. Esfandiarifard)  Okay.  And beneath

    32:08    that, it indicates that Mr. Palanki also reported to you

    32:09    in his visit a history of loud noise exposure, right?

32:12 - 32:12    Gurley, Mark 2021-01-28    0:01

    32:12    A. That is correct.  That is --

32:13 - 32:15    Gurley, Mark 2021-01-28    0:04

    32:13    Q. (By Ms. Esfandiarifard)  Dr. Gurley?

    32:14    A. -- that is what was presented to me from the

    32:15    patient.

37:23 - 38:10    Gurley, Mark 2021-01-28    1:40

    37:23    Q. Understood.  And if you turn just a little bit

    37:24    below that, there's a section that says assessment and

    37:25    it has tinnitus bilateral with a code next to it and

    38:01    sensorineural hearing loss with a code next to it.

    38:02    A. Uh-huh.

    38:03    Q. Am I correct in my understanding that an

    38:04    assessment section of your medical record concerns the

    38:05    health conditions you were going to assess that day as

    38:06    opposed to a diagnosis?

    38:07    A. No, you are not correct.  That -- that is the

    38:08    diagnosis --

    38:09    Q. Okay.

    38:10    A. -- that I based his treatment plan off of.

38:11 - 38:20    Gurley, Mark 2021-01-28    1:33

    38:11    Q. So -- so if I'm understanding your testimony

    38:12    correctly, the assessment section of your medical record

    38:13    is the diagnosis that you provided that day?

    38:14    A. Correct.  Those are ICD-10 codes for

    38:15    diagnosis, and upon assessing the patient, he did

    38:16    subjectively -- you have to understand tinnitus is

    38:17    subjective.  He tells me he's ringing and I'm going to

    38:18    put that that's a diagnosis.  And then the sensorineural

| 38:19 | hearing loss bilateral was really more based off his |
| 38:20 | OAEs, which we haven't gotten to yet. |

38:21 - 38:25    Gurley, Mark 2021-01-28                                    0:21

| 38:21 | Q. Yeah, we'll get there, but on the topic of |
| 38:22 | tinnitus, is it your testimony that you diagnose a |
| 38:23 | patient such as Mr. Palanki with tinnitus based on their |
| 38:24 | self-subjective reporting that I have tinnitus? |
| 38:25 | A. Correct. |

39:04 - 39:08    Gurley, Mark 2021-01-28                                    0:18

| 39:04 | Okay.  The next -- let's see.  Turning to the |
| 39:05 | next page, there are medical procedures that you or your |
| 39:06 | office conducted for Mr. Palanki during his office visit |
| 39:07 | underneath the word procedure orders, right? |
| 39:08 | A. Correct. |

39:09 - 39:22    Gurley, Mark 2021-01-28                                    1:46

| 39:09 | Q. So in reading this, it says basic comp audio |
| 39:10 | -- audiometry performed in clinic, tympanometry |
| 39:11 | performed in clinic, distortion product evoked |
| 39:12 | otoacoustic emissions, comprehensive diagnostic |
| 39:13 | evaluation -- I'm not going to read the entire |
| 39:14 | sentence -- performed in clinic.  And this means that an |
| 39:15 | audiogram, a tympanometry, and an OAE test were |
| 39:16 | conducted in your clinic on February 22nd, 2019, on |
| 39:17 | Mr. Palanki, correct? |
| 39:18 | A. You are correct. |
| 39:19 | Q. And the third type of exam is the one you |
| 39:20 | alluded to earlier, which is a test of an individual's |
| 39:21 | otoacoustic emissions, right? |
| 39:22 | A. Yes. |

39:23 - 40:01    Gurley, Mark 2021-01-28                                    0:12

| 39:23 | Q. And, Dr. Gurley, an otoacoustic emission or |
| 39:24 | rather an OAE is an objective measurement of the outer |
| 39:25 | hair cells and cochlear function of a patient, fair? |

40:01        A. Fair.

43:06 - 43:18   Gurley, Mark 2021-01-28                                        1:37
43:06        Q. (By ms. Esfandiarifard)  Understood,
43:07        Dr. Gurley.  All right.  Let's turn to the next document
43:08        here, which is going to be the audiogram from the
43:09        February 22nd, 2019, visit by Mr. Palanki to your
43:10        office.
43:11        MS. ESFANDIARIFARD:  And if you could just
43:12        blow up the first half with the header and the name,
43:13        Dave, that would be great.
43:14        Q. (By ms. Esfandiarifard)  It says here name
43:15        Joseph Palanki.  Again, the date is February 22nd, 2019,
43:16        and that's Farragut ENT & Allergy at the top.  Do you
43:17        recognize this document, Dr. Gurley?
43:18        A. I do.

43:19 - 43:22   Gurley, Mark 2021-01-28                                        0:09
43:19        Q. Okay.  Is it a record of the audiogram that
43:20        was conducted in your office for Mr. Palanki on February
43:21        22nd, 2019?
43:22        A. It is.  It was --

43:24 - 43:25   Gurley, Mark 2021-01-28                                        0:05
43:24        A. It is, and just for the record, it was
43:25        performed by Sarah Post, our audiologist.

48:25 - 49:04   Gurley, Mark 2021-01-28                                        0:14
48:25        Q. (By Ms. Esfandiarifard)  And -- and -- and
49:01        just so we're on the same page again, all those results
49:02        that I just listed and you confirmed are indeed shaded
49:03        on this audiogram, which is further indication of normal
49:04        audiogram hearing results for Mr. Palanki, right?

49:06 - 49:06   Gurley, Mark 2021-01-28                                        0:03
49:06        A. Correct.  This is a normal audiogram.

52:14 - 52:20     Gurley, Mark 2021-01-28                                    0:20
52:14     Q. Okay.  You agreed.  So in agreeing with this
52:15     notation, I just want to make sure I understand what it
52:16     means, Dr. Gurley.  Am I right that it means Mr. Palanki
52:17     in Ms. -- in Dr. Post's and your view had normal hearing
52:18     in both ears bilaterally, despite his concerns with
52:19     occasional tinnitus; is that right?  Is that what the
52:20     concerns me?

52:22 - 53:20     Gurley, Mark 2021-01-28                                    1:58
52:22     A. Based on the audiogram, correct.
52:23     Q. (By Ms. Esfandiarifard)  Okay.  And then
52:24     beneath that, it notes there -- it appears to be a
52:25     little asterisk or a star and it reads, "Per OAES,
53:01     slight SNHL, AU due to absent OAES," and then I think it
53:02     says right ear but let me read that again.  So does this
53:03     mean --
53:04     A. I think it was the left ear, ma'am.
53:05     Q. Pardon?
53:06     A. I think it was --
53:07     Q. The left.
53:08     A. -- the left ear, ma'am.  I think you're cut
53:09     off.
53:10     Q. Okay.  Got it.  So it should say LE where
53:11     there's a cut off there?
53:12     A. Excuse me.  Hold on one second.  Let me --
53:13     this is where I'm actually going to look at the paper,
53:14     because I have a fresh copy.  Well, shoot.  I'm cut off
53:15     too.  Sorry.  You're seeing exactly what I'm seeing,
53:16     excuse me.
53:17     Q. No worries.  That -- that -- that's --
53:18     A. I can't tell which ear to be --
53:19     Q. No worries.  I think it is the bottom of it --
53:20     A. I can't tell, because it's cut off, yeah.

53:21 - 54:05     Gurley, Mark 2021-01-28                                    0:26
53:21     Q. Okay.  But for the record, so it's clear, it

53:22     reads an asterisk, per OAES slight SNHL, AU due to
53:23     absent OAEs in and then it's cut off?
53:24     A. Yes.
53:25     Q. And my understanding is that this means per
54:01     the otoacoustic emissions exam, Mr. Palanki has slight
54:02     sensorineural -- I can never say that word --
54:03     A. Sensorineural --
54:04     Q. Hearing loss --
54:05     A. Sensorineural.

54:18 - 54:20     Gurley, Mark 2021-01-28                              0:08
54:18     Q. All right.  So let's -- let's go ahead and
54:19     pull up the OAE results from February 22nd, 2019.
54:20     A. Okay.

55:03 - 55:15     Gurley, Mark 2021-01-28                              1:44
55:03     Q. (By ms. Esfandiarifard)  All right.
55:04     Dr. Gurley, do you recognize this document?
55:05     A. Yes, this is an OAE form minus the actual
55:06     printout, unfortunately, in this case, but the -- the
55:07     printout was not working, so she hand wrote it, but yes,
55:08     it's one of our OAE report forms on Joseph Palanki
55:09     2-22-19.
55:10     Q. And before we continue just so the record is
55:11     clear, when you say the printout was not available, so
55:12     the -- Ms. -- Dr. Post wrote the results, am I correct
55:13     in understanding that we have the results, it's just
55:14     handwritten versus a computer printout?
55:15     A. Correct --

55:17 - 55:21     Gurley, Mark 2021-01-28                              0:16
55:17     A. -- I like to see it graphically and we -- it
55:18     was not printing that day apparently.  That's a common
55:19     problem with those small printers.  They'll jam or
55:20     break.  The data -- the overall answer is the same, but
55:21     I like to graphically look at it as well.

56:02 - 56:10    Gurley, Mark 2021-01-28                                    0:20
    56:02    Q. (By Ms. Esfandiarifard)  Excellent.  This is
    56:03    Sarah Post, the same audiologist who conducted
    56:04    Mr. Palanki's audiogram on that same day, right?  Those
    56:05    are her signature -- that's her name and initials,
    56:06    right?
    56:07    A. Correct.
    56:08    Q. And to the right of that, that's your name and
    56:09    your initials, Dr. Gurley, right?
    56:10    A. Yes.

57:08 - 57:18    Gurley, Mark 2021-01-28                                    0:26
    57:08    MS. ESFANDIARIFARD:  Let's go ahead and enter
    57:09    this -- unless I'm mistaken, it's going to be Exhibit 4.
    57:10    Excellent.
    57:11    (Deposition Exhibit No. 4 was marked for
    57:12    identification and made part of the record.)
    57:13    Q. (By Ms. Esfandiarifard)  Let's take a look at
    57:14    these OAE test results, Dr. Gurley, if you don't mind.
    57:15    We'll first look at the left ear here.  All right.  It
    57:16    says that you conducted a diagnostic OAE evaluation,
    57:17    right?
    57:18    A. Correct.  Well, Dr. Post did, correct.

58:14 - 58:19    Gurley, Mark 2021-01-28                                    0:18
    58:14    Q. (By Ms. Esfandiarifard)  And beneath that
    58:15    you've selected two -- or excuse me.  Beneath that,
    58:16    Dr. Post has selected two boxes and they indicate that
    58:17    OAE results most likely corresponds to normal outer hair
    58:18    cell motility function and obscured absent due to
    58:19    sensorineural hearing loss, right?

58:21 - 58:21    Gurley, Mark 2021-01-28                                    0:02
    58:21    A. Correct.

58:22 - 58:25    Gurley, Mark 2021-01-28                                    0:15
    58:22    Q. (By Ms. Esfandiarifard)  Okay.  All right.

58:23     And now looking at the right ear, again, it indicates
58:24     that Dr. Post conducted a diagnostic OAE evaluation on
58:25     Mr. Palanki, right?

59:02 - 59:02     Gurley, Mark 2021-01-28     0:01
59:02     A. Correct.  Yeah, correct.

59:10 - 59:13     Gurley, Mark 2021-01-28     0:13
59:10     Q. (By Ms. Esfandiarifard)  Beneath that, it then
59:11     indicates that the OAE responses were an absent or
59:12     obscured at 3.0K, right?
59:13     A. She should have clicked the box, but correct.

59:22 - 60:02     Gurley, Mark 2021-01-28     0:18
59:22     Q. Thank you, Dr. Gurley.  And beneath that, it
59:23     says, OAE result most likely corresponds to same results
59:24     as left ear, which is normal outer hair cell
59:25     motility/function and obscured absent due to
60:01     sensorineural HL, hearing loss, right?
60:02     A. Correct.

60:07 - 60:11     Gurley, Mark 2021-01-28     0:17
60:07     Q. (By Ms. Esfandiarifard)  Okay.  Do you -- in
60:08     your normal day-to-day practice with Dr. Post, how many
60:09     times do you typically run an OAE test when conducting
60:10     one as you did here for Mr. Palanki?
60:11     A. Typically once.

68:11 - 68:14     Gurley, Mark 2021-01-28     0:17
68:11     Q. Okay.  We just finished -- or rather, we just
68:12     discussed Mr. Palanki's February 22nd, 2019, visit to
68:13     your office at Farragut ENT.  I'd now like to review
68:14     what I believe to be his next visit to your office.

68:18 - 68:23     Gurley, Mark 2021-01-28     0:24
68:18     Q. (By Ms. Esfandiarifard)  All right.  And
68:19     Dr. Gurley, do you recognize this document?

68:20 A. Yes.
68:21 Q. What are we looking at here, Doctor?
68:22 A. We're looking at a patient visit for Joseph F.
68:23 Palanki, Jr. for February 7th, 2020.

70:06 - 70:10 Gurley, Mark 2021-01-28   0:10
70:06 MS. ESFANDIARIFARD:  Let's go ahead and enter
70:07 this as Exhibit 6.  Am I right on that, everybody?
70:08 Okay.  We'll enter this as Exhibit 6.
70:09 (Deposition Exhibit No. 6 was marked for
70:10 identification and made part of the record.)

71:05 - 71:13 Gurley, Mark 2021-01-28   1:34
71:05 Q. Fair enough.  And but if we look closer
71:06 beneath that to history of present illness, it reads,
71:07 Follow-up appointment, 48 year old male patient.
71:08 Patient returns for tinnitus follow up.  Patient reports
71:09 he feels like he is a tunnel all the time.  History of
71:10 MVA in Iraq.  Patient is in the military service (noise
71:11 exposure).  Patient states he does have sleep apnea and
71:12 does not like CPAP very much.
71:13 Did I read that reasonably correctly, doctor?

71:15 - 71:16 Gurley, Mark 2021-01-28   0:05
71:15 A. You read it correctly.  I think it should
71:16 probably read in a tunnel, but correct.

74:16 - 74:19 Gurley, Mark 2021-01-28   0:09
74:16 Q. (By Ms. Esfandiarifard)  And just so we all
74:17 get this, the feels like in a tunnel all the time, is --
74:18 is -- in -- is that related to a tinnitus concern or
74:19 neither here nor there?

74:21 - 75:01 Gurley, Mark 2021-01-28   0:18
74:21 A. So if we're speaking in general terms, when a
74:22 patient complains that they're in a tunnel, that usually
74:23 means that they feel like they're stuffy in their ears

74:24    or there's something going on with their ears.  I find
74:25    it to be a general term that patients use that when they
75:01    really can't explain what's going on in their ears.

75:02 - 75:07    Gurley, Mark 2021-01-28    0:15
75:02    Q. (By Ms. Esfandiarifard)  To -- to be clear,
75:03    though, sitting here today, you don't recall what
75:04    Mr. Palanki may have meant when he said he is in a
75:05    tunnel all the time, feels like he's in a tunnel all the
75:06    time?
75:07    A. Cannot speak to what --

75:09 - 75:09    Gurley, Mark 2021-01-28    0:00
75:09    A. -- he meant in that statement.

76:09 - 76:22    Gurley, Mark 2021-01-28    1:44
76:09    Q. And then it says hearing loss present, hearing
76:10    device absent, right?
76:11    A. Correct.
76:12    Q. And does that -- is that a reflection of the
76:13    audiogram that was conducted that we'll get to or is it
76:14    still a physical exam?
76:15    A. It is a physical exam.  While I'm examining
76:16    the patient, I'm speaking to them and my scribe will
76:17    type patients -- you know, rather than writing patient
76:18    is at home, if there -- there is an apparent difficulty,
76:19    they will write present when I say hearing loss.  When
76:20    they put hearing loss, she put present, so there was --
76:21    while I was examining him, there was some difficulty
76:22    with that.

76:23 - 77:01    Gurley, Mark 2021-01-28    0:13
76:23    Q. And what does that physical examination for
76:24    hearing loss consist of, Dr. Gurley?
76:25    A. Only normal conversation while I'm talking to
77:01    him, while I'm examining him.

77:07 - 77:13   Gurley, Mark 2021-01-28                                    0:22
   77:07      Q. And am I understanding that the test -- the
   77:08      physical examination portion for the hearing loss test
   77:09      that you have noted here consists of you simply speaking
   77:10      with Mr. Palanki and a scribe writing down whether or
   77:11      not in your view there is hearing loss potentially
   77:12      present, fair?
   77:13      A. Correct.

77:15 - 77:17   Gurley, Mark 2021-01-28                                    0:12
   77:15      Q. (By Ms. Esfandiarifard)  Okay.  Turning to the
   77:16      next page, you have notes regarding Mr. Palanki's
   77:17      audiogram and tympanogram.  Let's pull that up.

77:21 - 78:03   Gurley, Mark 2021-01-28                                    0:29
   77:21      Q. (By ms. Esfandiarifard)  Okay.  Audio AU WNL,
   77:22      reduced OAEs.  What does that mean, Dr. Gurley?
   77:23      A. To translate, that says both ears within
   77:24      normal limits, however -- there's no however, excuse me.
   77:25      Both ears within normal limits, reduced OAEs.
   78:01      Q. Okay.
   78:02      A. It's a quick providing that at some point in
   78:03      the OAE graph, there is a reduction or an abnormality.

79:11 - 79:18   Gurley, Mark 2021-01-28                                    0:25
   79:11      Q. (By Ms. Esfandiarifard)  Fair enough.  And
   79:12      then underneath diagnoses, it lists four with codes next
   79:13      to them, right, Doctor?
   79:14      A. Uh-huh.  Uh-huh.
   79:15      Q. And the first two are, without reading the
   79:16      codes here, unspecified hearing loss bilateral and
   79:17      tinnitus bilateral, right?
   79:18      A. Correct.

79:19 - 79:23   Gurley, Mark 2021-01-28                                    0:10
   79:19      Q. And, again, just so I understand, a diagnosis
   79:20      of tinnitus bilateral is made by you based solely on the

| | | |
|---|---|---|
| 79:21 | self reporting of the patient, Mr. Palanki, in this | |
| 79:22 | case, correct? | |
| 79:23 | A. Correct. | |

| | | |
|---|---|---|
| 79:25 - 79:25 | Gurley, Mark 2021-01-28 | 0:01 |
| 79:25 | A. That is correct. | |

| | | |
|---|---|---|
| 80:01 - 80:10 | Gurley, Mark 2021-01-28 | 0:29 |
| 80:01 | Q. (By Ms. Esfandiarifard)  As for the -- that | |
| 80:02 | is -- okay.  As for the unspecified hearing loss | |
| 80:03 | bilateral, Doctor, just a quick question here for you. | |
| 80:04 | What -- I guess two things, but let's start with the | |
| 80:05 | first.  What does -- what does it mean when you write | |
| 80:06 | unspecified hearing loss bilateral? | |
| 80:07 | A. Well, it typically means that the patient is | |
| 80:08 | reporting a hearing loss and that there is some | |
| 80:09 | demonstrable evidence of hearing loss, although the | |
| 80:10 | audiogram may not reflect it. | |

| | | |
|---|---|---|
| 82:01 - 82:05 | Gurley, Mark 2021-01-28 | 0:12 |
| 82:01 | Q. Am I correct, Dr. Gurley, that the tonsillitis | |
| 82:02 | and obstructive sleep apnea have no bearing on the | |
| 82:03 | hearing or tinnitus? | |
| 82:04 | A. I believe in this case that is a true | |
| 82:05 | statement, that's correct. | |

| | | |
|---|---|---|
| 82:06 - 82:11 | Gurley, Mark 2021-01-28 | 0:15 |
| 82:06 | Q. Okay.  And turning now to the procedure | |
| 82:07 | orders, it appears that the February 7th, 2020, medical | |
| 82:08 | note of Mr. Palanki also lists the tests that you | |
| 82:09 | conducted or procedures that your office conducted that | |
| 82:10 | day, fair? | |
| 82:11 | A. Correct. | |

| | | |
|---|---|---|
| 82:12 - 82:17 | Gurley, Mark 2021-01-28 | 0:19 |
| 82:12 | Q. And it appears to me, and I'd like to know if | |
| 82:13 | I'm correct, Doctor, that on February 7th, 2020, within | |

82:14       your clinic, Mr. Palanki had the following tests
82:15       conducted:  An audiogram, a tympanometry exam, and an
82:16       OAE distortion product evoked otoacoustic emissions
82:17       exam, fair?

82:19 - 82:19   Gurley, Mark 2021-01-28                                    0:04
82:19       A. Correct.

83:04 - 83:07   Gurley, Mark 2021-01-28                                    0:14
83:04       Q. (By Ms. Esfandiarifard)  It also indicates
83:05       that the results of those tests were noted and discussed
83:06       with Mr. Palanki, right?
83:07       A. Yes.

83:15 - 84:03   Gurley, Mark 2021-01-28                                    1:42
83:15       Q. Understood.  It then says, Patient continue
83:16       hearing conservative measures, right?
83:17       A. Correct.
83:18       Q. What does that notation mean, Doctor?
83:19       A. Technically, it should have been on the last
83:20       note as well.  When we have a patient who has hearing
83:21       loss or beginning of hearing loss or tinnitus or is at
83:22       risk for hearing loss in professions, we discuss with
83:23       them, okay, if you're shooting, wear hearing plugs.  You
83:24       know, even if you're cutting the grass wear -- it's a
83:25       standard kind of lecture I give patients when they're
84:01       here for hearing loss or perceived hearing loss.  I talk
84:02       to them about being careful not to expose themselves to
84:03       loud noises and things like that.

84:22 - 85:01   Gurley, Mark 2021-01-28                                    0:09
84:22       Q. Okay.  And, again, it notes that you're going
84:23       to do -- or you recommend at least a follow up in a
84:24       year, right?
84:25       A. Yeah, yearly for people who are beginning to
85:01       have hearing loss or have hearing loss.

92:19 - 92:23   Gurley, Mark 2021-01-28                                    0:20
    92:19       Q. (By ms. Esfandiarifard)  As we discussed,
    92:20       Dr. Sarah Post conducted this audiogram and she is an
    92:21       audiologist at Farragut ENT & Allergy, correct?
    92:22       A. She's a doctor of audiology, correct.  She's a
    92:23       doctor of audiology, correct.

99:11 - 99:16   Gurley, Mark 2021-01-28                                    0:25
    99:11       Q. All right.  Fair enough.  So I'm going to read
    99:12       this and you tell me if I'm reading it reasonably
    99:13       correctly, sir.  "Test results/impression.  Normal
    99:14       hearing bilaterally, despite suspicion of hearing loss
    99:15       due to noise exposures and tinnitus concerns."
    99:16       A. You read that correctly.

99:17 - 99:21   Gurley, Mark 2021-01-28                                    0:21
    99:17       Q. Am I right in understanding that this -- this
    99:18       indicates that Dr. Sarah Post and also you, Dr. Gurley,
    99:19       who reviewed it, have noted that Mr. Palanki has normal
    99:20       hearing in both ears despite a suspicion of hearing loss
    99:21       due to noise exposures and tinnitus concerns, right?

99:23 - 99:23   Gurley, Mark 2021-01-28                                    0:03
    99:23       A. On the audiogram, correct.

99:24 - 100:01  Gurley, Mark 2021-01-28                                    0:10
    99:24       Q. (By Ms. Esfandiarifard)  And, Dr. Gurley, do
    99:25       you know whether that suspicion would be yours and/or
    100:01      Dr. Post or the patient Dr. Palanki (sic)?

100:03 - 100:05 Gurley, Mark 2021-01-28                                    0:22
    100:03      A. So it's what the patient reports, our finding
    100:04      versus what they report, but it also includes our
    100:05      summation that we suspect there is some hearing loss.

100:06 - 100:14 Gurley, Mark 2021-01-28                                    0:19
    100:06      Q. (By Ms. Esfandiarifard)  Okay.  So let's read

100:07    the next line and then I have a question, Dr. Gurley.

100:08    It says, Comments recommendation, OAEs slightly

100:09    absent/reduced in right ear more than left ear.  Am I

100:10    reading that right?

100:11    A. You are reading what she wrote correctly.

100:12    Q. Okay.  RE means right ear, LE means left ear,

100:13    right?

100:14    A. Correct.


100:15 - 100:21    Gurley, Mark 2021-01-28        0:26

100:15    Q. Okay.  Am I understanding you -- your

100:16    testimony correctly, Dr. Gurley, that Mr. Palanki has

100:17    normal hearing in both ears as indicated by his

100:18    audiogram, but because of a slightly absent reduced OAE

100:19    result, which was more in his right ear than his left

100:20    ear, you and Dr. Post suspect there could be hearing

100:21    loss due to noise exposures for Mr. Palanki?


100:23 - 101:02    Gurley, Mark 2021-01-28        0:19

100:23    A. So opinion, I -- well, objective data, yes,

100:24    there is reduced OAEs.  Opinion, yes, I think

100:25    Mr. Palanki is on the list.  He's headed towards hearing

101:01    loss and these are early signs of hearing damage.

101:02    That's how I interpret that.


101:03 - 101:08    Gurley, Mark 2021-01-28        0:13

101:03    Q. (By Ms. Esfandiarifard)  So -- so just so I

101:04    understand you correctly, when you say Mr. Palanki is

101:05    headed towards hearing loss, do you -- am I

101:06    understanding you correctly that you don't believe he

101:07    currently has hearing loss based on your medical notes

101:08    and his audiogram?


101:12 - 101:23    Gurley, Mark 2021-01-28        1:50

101:12    A. So correct, he has a normal audiogram as of

101:13    two points in time.  He has abnormal OAEs, which

101:14    suggests damage to the outer hair cells coupled with a

101:15    significant history per the patient of loud noise
101:16    exposure and periodic tinnitus or ringing, to me, leads
101:17    me to the conclusion that there is damage.
101:18    Most likely if you drug that audiogram out,
101:19    which for legal purposes, for medical purposes, it
101:20    doesn't go past 8 kilohertz -- excuse me 8 hertz, sorry,
101:21    8000 hertz, if you drug that audiogram out, you would
101:22    start seeing it dropping off based on those OAEs what
101:23    he's describing in his history.  That is my opinion.

101:24 - 102:09   Gurley, Mark 2021-01-28                                    1:34
101:24    Q. (By Ms. Esfandiarifard)  Understood,
101:25    Dr. Gurley.  That's super helpful.  So am I
102:01    understanding your testimony correctly that it's your
102:02    opinion based on seeing Mr. Palanki and conducting a
102:03    medical evaluation and reviewing these audiograms
102:04    conducted in your office that Mr. Palanki has normal
102:05    hearing in the frequencies on the audiogram, but if you
102:06    were to look at higher frequencies, which are normally
102:07    not tested, it's possible that Mr. Palanki would show
102:08    hearing loss at those much higher frequencies that fall
102:09    outside a typical audiogram?

102:11 - 102:22   Gurley, Mark 2021-01-28                                    1:40
102:11    A. That is a correct statement.  It is my -- my
102:12    opinion that Mr. Palanki has damage to his hearing that
102:13    is not showing up on a traditional audiogram as of yet.
102:14    That says nothing for causality or anything.  I'm
102:15    just -- based on the data I'm looking at, I would
102:16    counsel the patient and I have counseled him.  In
102:17    laymen's term, I usually tell the patient, well, you
102:18    don't have hearing loss right now, but I bet you're on
102:19    the list.  As you get older, you're going to start
102:20    seeing those high frequencies start coming down.  It's
102:21    not always when you do today.  It's what's from the past
102:22    and how you go forward.

102:25 - 103:03   Gurley, Mark 2021-01-28                                        0:11
   102:25        Dr. Gurley, it's your testimony that the
   103:01        patient has reported to you noise exposure, correct?
   103:02        A. That -- that is correct, based on his medical
   103:03        history and what he told me --

104:07 - 104:10   Gurley, Mark 2021-01-28                                        0:16
   104:07        Q. (By Ms. Esfandiarifard)  Understood.  How
   104:08        would a low end of the severity scale of OAE absence
   104:09        affect a patient's ability to hear on a day-to-day
   104:10        basis?

104:12 - 105:02   Gurley, Mark 2021-01-28                                        1:54
   104:12        A. So I think you're trying to equate an OAE with
   104:13        an audiogram and you can't always do that.  Absent OAEs
   104:14        do not always mean that someone has hearing loss
   104:15        measurable on an audiogram, so I can't answer that
   104:16        question effectively.  I -- I don't know how to answer
   104:17        that question.
   104:18        You can't just look at the severity of an OAE
   104:19        and say he doesn't hear 20 percent or he hears 10
   104:20        percent less.  It doesn't work that way.  The OAE is
   104:21        measuring the outer hair cells.
   104:22        There is a portion of the population that does
   104:23        not have OAEs or normal OAEs, period.  It's a test that
   104:24        we use in conjunction with other tests.  And in his case
   104:25        with his history and his complaints that suggested there
   105:01        was damage to his outer hair cells, most likely from
   105:02        noise-induced trauma.

106:19 - 106:21   Gurley, Mark 2021-01-28                                        0:13
   106:19        Q. (By Ms. Esfandiarifard)  Let's pull up the OAE
   106:20        results from February 7th, 2020, and let's turn to the
   106:21        first substantive page of the OAE results.

106:24 - 107:03   Gurley, Mark 2021-01-28                                        0:16
   106:24        Q. (By Ms. Esfandiarifard)  Dr. Gurley, do you

| | | |
|---|---|---|
| 106:25 | recognize this document? | |
| 107:01 | A. Yes, it's OAE for Joseph Palanki, 2-7-2020. | |
| 107:02 | Dr. Post administered it.  I was the attending | |
| 107:03 | physician. | |

108:08 - 108:11  Gurley, Mark 2021-01-28        0:07

| | |
|---|---|
| 108:08 | MS. ESFANDIARIFARD:  Let's go ahead and enter |
| 108:09 | this as Exhibit 8?  8. |
| 108:10 | (Deposition Exhibit No. 8 was marked for |
| 108:11 | identification and made part of the record.) |

108:22 - 109:02  Gurley, Mark 2021-01-28        0:18

| | |
|---|---|
| 108:22 | Q. (By ms. Esfandiarifard)  Okay.  Let's look at |
| 108:23 | the left ear really quick.  This indicates that |
| 108:24 | Dr. Sarah Post on February 7th, 2020, conducted a |
| 108:25 | diagnostic OAE evaluation on Mr. Palanki's left ear, |
| 109:01 | right? |
| 109:02 | A. Correct. |

109:08 - 109:11  Gurley, Mark 2021-01-28        0:08

| | |
|---|---|
| 109:08 | Q. (By Ms. Esfandiarifard)  In other words, |
| 109:09 | Mr. Palanki's OAEs were normal between 1.5 and 11K |
| 109:10 | hertz? |
| 109:11 | A. Correct. |

109:12 - 109:14  Gurley, Mark 2021-01-28        0:11

| | |
|---|---|
| 109:12 | Q. The results further indicate that Mr. Palanki |
| 109:13 | had absent and obscured OAEs at 12K hertz, fair? |
| 109:14 | A. That is fair. |

109:15 - 109:19  Gurley, Mark 2021-01-28        0:11

| | |
|---|---|
| 109:15 | Q. And based on these two results, Dr. Post |
| 109:16 | clicked the two boxes that align with the OAE results, |
| 109:17 | which is normal outer hair cell motility function |
| 109:18 | referring to the 1.5 to 11K, right? |
| 109:19 | A. Yes. |

109:20 - 109:23   Gurley, Mark 2021-01-28                                        0:11
   109:20    Q. And obscured -- and obscured absent due to
   109:21    sensorineural hearing loss due to the 12K absent OAE
   109:22    response, fair?
   109:23    A. Fair.

109:24 - 110:03   Gurley, Mark 2021-01-28                                        0:18
   109:24    Q. Let's look at the right -- yes, let's look at
   109:25    the right ear, if you will.  Here again, Dr. Post
   110:01    conducted a diagnostic OAE evaluation on Mr. Palanki on
   110:02    February 7, 2020, on his right ear, right?
   110:03    A. Correct.

110:04 - 110:08   Gurley, Mark 2021-01-28                                        0:26
   110:04    Q. The test results from the diagnostic OAE
   110:05    evaluation on Mr. Palanki indicate that he had OAEs that
   110:06    were present within the normal range in his right ear at
   110:07    2 to 7K and 9 to 12K?
   110:08    A. Correct.

110:09 - 110:11   Gurley, Mark 2021-01-28                                        0:11
   110:09    Q. But Mr. Palanki had absent or obscured OAEs at
   110:10    1.5K and 8K in particular, right?
   110:11    A. Correct.

110:17 - 110:19   Gurley, Mark 2021-01-28                                        0:10
   110:17    Q. And she further noted that Mr. Palanki had
   110:18    obscured or absent due to sensorineural hearing loss at
   110:19    the 1.5K and 8.0K, right?

110:21 - 110:21   Gurley, Mark 2021-01-28                                        0:01
   110:21    A. Correct.

112:04 - 112:23   Gurley, Mark 2021-01-28                                        1:16
   112:04    Q. (By Ms. Esfandiarifard)  So here, Dr. Gurley,
   112:05    we're looking at Mr. Palanki's OAE results from roughly
   112:06    a year apart; February 7, 2019, on the left and February

112:07    22nd, 2020, on the right?

112:08    A. Correct.

112:09    Q. Okay.  In the left ear, Mr. Palanki's OAE

112:10    results indicate absent or obscured responses at 11K in

112:11    2019, right?  We established that.

112:12    A. 11 to 12.

112:13    Q. 11 to 12.  But those same responses are

112:14    present, in other words, normal and robust at 11K, a

112:15    year later, right?

112:16    A. What she wrote -- I'm -- I'm looking at the

112:17    graph too.  I apologize.  Could you move that --

112:18    Q. That's fair.

112:19    A. -- I want to look at the graph.  I'm looking

112:20    at the distortion product.

112:21    Q. Sure.

112:22    A. I mean, I personally would say that the left

112:23    is a little bit diminished on 2-7-2020 at 11K.


113:05 - 113:11    Gurley, Mark 2021-01-28                                    0:24

113:05    Q. Oh, I'm sorry.  Let's -- I see.  I see what

113:06    you're looking at.  Okay.  So is it your testimony --

113:07    A. You can look at the graph for representation

113:08    better than you can look -- move it over a little bit

113:09    more.  Thank you.  So you can see that 11 is diminished

113:10    compared to the right, especially, so I would argue that

113:11    it is still bit a little bit diminished.


116:16 - 117:19    Gurley, Mark 2021-01-28                                    2:52

116:16    Q. Okay.  In this lack of reliability -- I'm

116:17    sorry.  Excuse me, Dr. Gurley.  In this lack of

116:18    repeatability, which indicates an improvement at 3K, can

116:19    lead to your questioning of the reliability of the OAE

116:20    results, fair?

116:21    A. The reliability?  I'm -- I'm trying to

116:22    understand your question.

116:23    Q. Sure.

116:24    A. So --

116:25     Q. Let me try it again.
117:01     A. Yeah, try that question again.  Because the
117:02     data is what the data is.  Now, whether or not there's
117:03     an improvement or change or difference, number one, I
117:04     wouldn't base my whole examination off of an OAE.  It's
117:05     a test that helps me determine, is there significant
117:06     damage overall or not.
117:07     That's -- I think we're trying to look into it
117:08     and say because one reading is different, that means
117:09     it's good or bad and I think it's neutral.  It doesn't
117:10     -- it doesn't really change a whole lot.  The overall
117:11     picture is that he has a normal audiogram and the OAEs
117:12     drive me into thinking that there is some damage to his
117:13     hair cells or potentially to his hearing apparatus, but
117:14     it doesn't equate one to one; 3 is out here, so he can't
117:15     here or 3 is normal so he can't hear.
117:16     You can have normal OAEs and still have
117:17     hearing loss.  So I'm trying to, for the record, state
117:18     that this doesn't correlate necessarily to how well or
117:19     not well this patient hears.  Does that make sense?


119:05 - 119:08   Gurley, Mark 2021-01-28                                    0:10
119:05     Q. And you would agree -- you would agree with
119:06     me, Dr. Gurley, that Mr. Palanki's tinnitus, which is
119:07     subjective and self reported to you, is minimal or minor
119:08     in nature, fair?


119:10 - 119:19   Gurley, Mark 2021-01-28                                    1:39
119:10     A. So let me answer that how I would answer it to
119:11     any patient or anyone else.  Tinnitus, in a way, is like
119:12     pain.  If you tell me you're hurting, I believe you.  I
119:13     can't necessarily quantify it.  His complaints do not
119:14     say that he is depressed, suicidal, at his wit's end,
119:15     its affecting his significant daily living, but I cannot
119:16     and will not quantify anyone's tinnitus.  I just don't
119:17     think that that's right or accurate to say your tinnitus
119:18     is worse than her tinnitus.  You -- you can't really do

119:19        that.

121:04 - 121:17   Gurley, Mark 2021-01-28                                    1:36
    121:04    Q. Hi, Dr. Gurley.  My name is Emily Marlowe and
    121:05    I'm one of the attorneys that represents the plaintiff,
    121:06    Mr. Palanki in this case today.  Thank you so much for
    121:07    your patience and for being with us today.
    121:08    And just for the record, you and I have never
    121:09    spoken before, correct?
    121:10    A. No, not before today.
    121:11    Q. And you've never spoken before today with any
    121:12    other attorney or anyone from a law office that
    121:13    represents Mr. Palanki, correct?
    121:14    A. Correct.
    121:15    Q. But you have spoken to somebody from the
    121:16    defendants before today, correct?
    121:17    A. Correct, to organize the -- the deposition.

122:06 - 122:16   Gurley, Mark 2021-01-28                                    0:25
    122:06    Q. You understand that 3M and its subsidiary
    122:07    company, Aearo, are the defendants in this case today?
    122:08    A. Yes, I do understand that.  I knew from the --
    122:09    I asked them that question the first day --
    122:10    Q. Okay.  Perfect.
    122:11    A. -- that they contacted me.
    122:12    Q. And so the defendants in this case told you
    122:13    that they would pay you a thousand dollars per hour to
    122:14    testify today?
    122:15    A. Yes, that is what I require to do a
    122:16    deposition.

122:17 - 122:19   Gurley, Mark 2021-01-28                                    0:06
    122:17    Q. Okay.  But you agree that you're not
    122:18    testifying as an expert today --
    122:19    A. Absolutely not and I want that clear.

122:20 - 122:23   Gurley, Mark 2021-01-28                                    0:09

122:20    Q. And Mr. Palanki is not paying you to testify
122:21    today, correct?
122:22    A. That is correct.  He's my patient or he was.
122:23    I haven't seen him back.

122:24 - 123:01    Gurley, Mark 2021-01-28    0:04
122:24    Q. Dr. Gurley, have you reviewed Mr. Palanki's
122:25    deposition for this case?
123:01    A. No.

123:02 - 123:06    Gurley, Mark 2021-01-28    0:13
123:02    Q. Have you reviewed any of the depositions that
123:03    have occurred in this case?
123:04    A. I have been provided no documents or
123:05    information regarding this case other than the
123:06    electronic subpoena I got.

123:07 - 123:10    Gurley, Mark 2021-01-28    0:06
123:07    Q. So you haven't met with or spoken to any of
123:08    the other experts in this case?
123:09    A. No, I wasn't aware there were experts
123:10    involved.

123:11 - 123:22    Gurley, Mark 2021-01-28    1:36
123:11    Q. Dr. Gurley, prior to examining Mr. Palanki,
123:12    did you review any of his other previous medical
123:13    records?
123:14    A. No, all I have was his new patient fill out
123:15    paperwork and what -- the tests we ordered.
123:16    Q. So you never reviewed any of his audiograms
123:17    that were taken while he was in the military?
123:18    A. No, I -- to the best of my knowledge, I do not
123:19    have those.
123:20    Q. And you never reviewed any of his other
123:21    medical records other than what your office took?
123:22    A. That is correct.

125:14 - 125:20    Gurley, Mark 2021-01-28                                          0:16
    125:14    Q. (By Ms. Marlowe)  And we looked at several
    125:15    records today --
    125:16    A. Yes.
    125:17    Q. -- including the patient intake form, which I
    125:18    believe was Exhibit 6.  And you agree with me that you
    125:19    do not know either way whether Mr. Palanki wrote those
    125:20    answers himself?

125:23 - 125:24    Gurley, Mark 2021-01-28                                          0:03
    125:23    A. That is a correct statement.  I have no way of
    125:24    knowing who filled out the form personally.

125:25 - 126:02    Gurley, Mark 2021-01-28                                          0:04
    125:25    Q. (By Ms. Marlowe)  So it could have been filled
    126:01    out by someone else?
    126:02    A. Absolutely.

126:09 - 126:10    Gurley, Mark 2021-01-28                                          0:11
    126:09    Q. You did not -- neither you nor your office
    126:10    independently assessed his cholesterol, though?

126:15 - 126:16    Gurley, Mark 2021-01-28                                          0:04
    126:15    A. We did not perform a cholesterol examination
    126:16    or test.

126:17 - 126:20    Gurley, Mark 2021-01-28                                          0:14
    126:17    Q. (By Ms. Marlowe)  And neither you nor your
    126:18    office ever reviewed a medical record that showed that
    126:19    Mr. Palanki had high or hyper cholesterol, correct?
    126:20    A. That is correct.

126:21 - 126:25    Gurley, Mark 2021-01-28                                          0:08
    126:21    Q. And you're not an endocrinologist, are you,
    126:22    Dr. Gurley?
    126:23    A. No.
    126:24    Q. And you're not a cardiologist?

126:25          A. No.

127:01 - 127:03   Gurley, Mark 2021-01-28                        0:06
    127:01       Q. Do you know of any specific literature that
    127:02       connects high or hyper cholesterol to hearing loss?
    127:03       A. No specific literature.

127:04 - 127:07   Gurley, Mark 2021-01-28                        0:08
    127:04       Q. So you can't point me to any specific study          Re: [127:04 to 127:13]          OVERRULED
    127:05       that links high cholesterol or hyper cholesterol to     Def Obj Asked
    127:06       hearing loss?
    127:07       A. Not from --

127:10 - 127:13   Gurley, Mark 2021-01-28                        0:13
    127:10       Q. (By Ms. Marlowe)  And you can't point me to         Re: [127:04 to 127:13]          OVERRULED
    127:11       any specific study that connects high or hyper          Def Obj Asked
    127:12       cholesterol to tinnitus either, correct?
    127:13       A. Correct.  I cannot off the top of my head, no.

128:04 - 128:07   Gurley, Mark 2021-01-28                        0:11
    128:04       Q. Okay.  Did you see anything in performing your      Re: [128:04 to 128:08]          OVERRULED
    128:05       diagnosis that would indicate to you that Mr. Palanki's  Def Obj 701
    128:06       hearing loss is as a result of cholesterol?
    128:07       A. No.

128:09 - 128:12   Gurley, Mark 2021-01-28                        0:09
    128:09       Q. (By Ms. Marlowe)  And did you see anything          Re: [128:09 to 128:14]          OVERRULED
    128:10       specific in your diagnosis of Mr. Palanki that would    Def Obj 701
    128:11       indicate to you that his tinnitus was related to his
    128:12       cholesterol?

128:14 - 128:14   Gurley, Mark 2021-01-28                        0:01
    128:14       A. No, I did not.                                       Re: [128:09 to 128:14]          OVERRULED
                                                                        Def Obj 701

128:15 - 128:18   Gurley, Mark 2021-01-28                        0:12
    128:15       Q. (By Ms. Marlowe)  And you haven't seen             Re: [128:15 to 128:21]          OVERRULED

| | | |
|---|---|---|
| 128:16 | anything specific in a medical record that would | **Def Obj** 701 |
| 128:17 | indicate to you that Mr. Palanki's hearing loss is tied | |
| 128:18 | to any particular medication, correct? | |

**128:20 - 128:23**  Gurley, Mark 2021-01-28                    0:08

| | | | |
|---|---|---|---|
| 128:20 | A. That is correct.  I had no suspicions of a | **Re: [128:15 to 128:21]** | **OVERRULED** |
| 128:21 | medication cause. | **Def Obj** 701 | |
| 128:22 | Q. (By Ms. Marlowe)  And -- and the same is true | | |
| 128:23 | for tinnitus, correct? | **Re: [128:22 to 128:25]** | **OVERRULED** |
| | | **Def Obj** 701 | |

**128:25 - 128:25**  Gurley, Mark 2021-01-28                    0:04

| | | | |
|---|---|---|---|
| 128:25 | A. That is correct. | **Re: [128:22 to 128:25]** | **OVERRULED** |
| | | **Def Obj** 701 | |

**133:22 - 134:02**  Gurley, Mark 2021-01-28                    0:11

| | |
|---|---|
| 133:22 | Q. (By Ms. Marlowe)  Okay.  And now we're going |
| 133:23 | to look at Exhibit 2, which is another one that we |
| 133:24 | looked at earlier today.  So the same is true with |
| 133:25 | Exhibit 2.  Do you see Exhibit 2 on your screen, |
| 134:01 | Dr. Gurley? |
| 134:02 | A. I do see it, yes. |

**134:06 - 134:08**  Gurley, Mark 2021-01-28                    0:05

| | |
|---|---|
| 134:06 | Q. But Mr. Palanki, he did not write the |
| 134:07 | information in this document? |
| 134:08 | A. No, I -- |

**134:10 - 134:11**  Gurley, Mark 2021-01-28                    0:08

| | |
|---|---|
| 134:10 | A. Sorry.  My scribe, whoever it was that day, |
| 134:11 | wrote it or typed it, to be more correct. |

**134:12 - 134:15**  Gurley, Mark 2021-01-28                    0:14

| | |
|---|---|
| 134:12 | Q. (By Ms. Marlowe)  Okay.  And Mr. Palanki -- |
| 134:13 | you don't have any written record that Mr. Palanki wrote |
| 134:14 | where he said he discharged firearms without hearing |
| 134:15 | protection, do you? |

134:17 - 134:24    Gurley, Mark 2021-01-28                                    0:19
    134:17        A. I'm confused, because that is written right
    134:18        there.  I mean, are you asking if -- in his own
    134:19        handwriting or what?
    134:20        Q. (By Ms. Marlowe)  Correct.  Right.  You don't
    134:21        have -- for example, he didn't write that on a patient
    134:22        intake form?
    134:23        A. No, because we verb -- no, he did not,
    134:24        correct.  Correct.

134:25 - 135:02    Gurley, Mark 2021-01-28                                    0:04
    134:25        Q. Okay.  And he didn't write that on any other
    135:01        form provided to your office, correct?
    135:02        A. That is correct.

135:04 - 135:08    Gurley, Mark 2021-01-28                                    0:16
    135:04        Q. (By Ms. Marlowe)  And -- and, similarly,
    135:05        Mr. Palanki did not write on any document that you have,
    135:06        he did not personally write that he had a history of
    135:07        head trauma in motor vehicle in Iraq, correct?
    135:08        A. That is correct.

135:09 - 135:10    Gurley, Mark 2021-01-28                                    0:04
    135:09        Q. As far as you know, has Mr. Palanki ever seen
    135:10        this record?

135:12 - 135:12    Gurley, Mark 2021-01-28                                    0:02
    135:12        A. I do not know.

135:13 - 135:15    Gurley, Mark 2021-01-28                                    0:04
    135:13        Q. (By Ms. Marlowe)  And just for clarity,
    135:14        Dr. Gurley, you said you don't know?
    135:15        A. I don't know.

135:21 - 135:24    Gurley, Mark 2021-01-28                                    0:07
    135:21        Q. (By Ms. Marlowe)  Is it -- is it standard

135:22    practice for you to show your patients medical records
135:23    like this?
135:24    A. No.

139:05 - 139:08  Gurley, Mark 2021-01-28        0:06
139:05    Q. (By Ms. Marlowe)  Dr. Gurley, do you agree
139:06    that tinnitus is a form of hearing loss or hearing
139:07    injury?
139:08    A. I do agree it's a form --

139:10 - 139:11  Gurley, Mark 2021-01-28        0:03
139:10    A. I'm sorry.  I do agree it's a form of hearing
139:11    injury, absolutely.

139:12 - 140:02  Gurley, Mark 2021-01-28        1:57
139:12    Q. (By Ms. Marlowe)  Explain for the jury what is
139:13    tinnitus.
139:14    A. So tinnitus is the subjective sound a patient
139:15    experiences.  Typically we think when it's related to
139:16    hearing loss, but it's a subjective sound heard by --
139:17    heard by the patient.  It can mean a lot of different
139:18    things and I don't want to get on a lecture of all the
139:19    tinnitus, but most people equate it with a ringing,
139:20    humming, buzzing, noise, musquito, katydids, some type
139:21    of typically high-pitched sound that is heard by them
139:22    and not necessarily by others intermittent, constant,
139:23    comes and goes, but there are all sorts of forms.
139:24    I have had patients that have tinnitus in the
139:25    form of music.  So we don't really know a hundred
140:01    percent what is tinnitus, what causes it, why some have
140:02    it, why some don't, which makes it harder to treat.

140:03 - 140:06  Gurley, Mark 2021-01-28        0:14      **Re: [140:03 to 140:11]**        **OVERRULED**
140:03    Q. I understand.  And so just to make sure I'm --      **Def Obj** 701
140:04    I'm understanding you clearly, people can have a form of
140:05    hearing loss like tinnitus that's not detected on a
140:06    normal pure tone audiogram, correct?

140:09 - 140:11   Gurley, Mark 2021-01-28          0:05

140:09      A. I'll -- I'll answer, absolutely.  I have          **Re: [140:03 to 140:11]**        **OVERRULED**
140:10      tinnitus patients quite frequently who have normal          **Def Obj** 701
140:11      audiograms.

140:12 - 140:14   Gurley, Mark 2021-01-28          0:07

140:12      Q. (By Ms. Marlowe)  And people can have hearing          **Re: [140:12 to 140:19]**        **OVERRULED**
140:13      loss even if an audiogram shows thresholds within the          **Def Obj** 701
140:14      normal range of hearing, correct?

140:16 - 140:19   Gurley, Mark 2021-01-28          0:18

140:16      A. That is correct.  The -- the question is, is          **Re: [140:12 to 140:19]**        **OVERRULED**
140:17      you know, if you compare someone over a period of time,          **Def Obj** 701
140:18      they still can have hearing loss, but be within the
140:19      normal range.  I think that's what you asked me.

143:25 - 144:02   Gurley, Mark 2021-01-28          0:07

143:25      Q. And my next question is that people can
144:01      manifest hearing damage or hearing loss at high
144:02      frequencies, correct?

144:04 - 144:09   Gurley, Mark 2021-01-28          0:18

144:04      A. Absolutely.  I mean, I think one of the better
144:05      examples of that is the -- the kids with the dog whistle
144:06      on their phone messing with their teachers.  You know,
144:07      as you get older, it's not uncommon to lose the higher
144:08      frequencies or have trauma induced as high frequency
144:09      hearing loss.

144:10 - 144:13   Gurley, Mark 2021-01-28          0:10

144:10      Q. (By Ms. Marlowe)  And those high frequencies
144:11      where hearing loss can be manifested or realized, those
144:12      are not tested on a normal audiogram, correct?
144:13      A. Unfortunately no --

144:15 - 144:18   Gurley, Mark 2021-01-28          0:07

144:15    A. I mean, that's one of the reasons why we're
144:16    looking at getting into the 12000, because I think
144:17    there's a subset of patients who do have hearing loss
144:18    that we're not detecting.

144:19 - 145:01  Gurley, Mark 2021-01-28                    0:18
144:19    Q. (By Ms. Marlowe)  And -- and so you've already
144:20    testified that you did not perform high frequency
144:21    audiometric testing on Mr. Palanki, correct?
144:22    A. Well, I -- I think that's -- that's not
144:23    totally what I testified.  I testified I did not go
144:24    above 8000.
144:25    Q. Okay.
145:01    A. 8000 is high frequency.

145:02 - 145:08  Gurley, Mark 2021-01-28                    0:13
145:02    Q. Okay.  But you didn't test Mr. Palanki's
145:03    hearing at 9000 hertz?
145:04    A. No, no, no.
145:05    Q. 13000 hertz?
145:06    A. Or above, no.
145:07    Q. Or above?
145:08    A. No, I don't have the capacity to.

146:05 - 146:09  Gurley, Mark 2021-01-28                    0:07
146:05    Q. (By Ms. Marlowe)  Okay.  And earlier today --
146:06    oh --
146:07    A. We -- oh, go ahead.  I was just going to say,
146:08    we did not do any noise in hearing or any of those
146:09    tests, no.

146:10 - 146:12  Gurley, Mark 2021-01-28                    0:09
146:10    Q. Okay.  But one of the tests you did conduct,
146:11    though, was otoacoustic emissions test, correct?
146:12    A. Yes.

146:13 - 146:14  Gurley, Mark 2021-01-28                    0:03

146:13    Q. And that tests whether the outer hair cells
146:14    are damaged, right?

146:16 - 146:20  Gurley, Mark 2021-01-28                    0:20
146:16    A. So -- so once again, just like I was talking
146:17    to your colleague earlier testifying, it can show
146:18    potential for damage, etcetera. I don't want to over
146:19    read that test, but yes, it's a rough example of the
146:20    outer hair cell workings.

147:15 - 147:18  Gurley, Mark 2021-01-28                    0:10
147:15    Q. Okay. And -- and you do, in fact, find in
147:16    your studies that Mr. Palanki had some reduced
147:17    otoacoustic emissions, correct?
147:18    A. On two separate tests --

147:20 - 147:20  Gurley, Mark 2021-01-28                    0:00
147:20    A. -- yes.

147:21 - 147:23  Gurley, Mark 2021-01-28                    0:10
147:21    Q. (By Ms. Marlowe) And based upon your analysis
147:22    of the data and of Mr. Palanki, you were able to
147:23    diagnose him with tinnitus, correct?

148:01 - 148:10  Gurley, Mark 2021-01-28                    0:21
148:01    A. I think it would be more correct to say that I
148:02    diagnosed Mr. Palanki for tinnitus as I would for any
148:03    other patient with tinnitus based upon their history and
148:04    their symptoms to me.
148:05    Q. (By Ms. Marlowe) Okay. And based upon --
148:06    A. The test -- the test lends credence to that
148:07    with having decreased otoacoustic emissions, if that's
148:08    what you're asking.
148:09    Q. That is what I was asking.
148:10    A. Yes.

148:11 - 148:12  Gurley, Mark 2021-01-28                    0:01

148:11    Q. Thank you for the clarification.
148:12    A. Yes, yeah.

148:13 - 148:16  Gurley, Mark 2021-01-28        0:17
148:13    Q. And, similarly, based upon your analysis and
148:14    the testing conducted on Mr. Palanki, your ultimate
148:15    conclusion and diagnosis did have bilateral
148:16    sensorineural hearing loss, correct?

148:17 - 148:17  Gurley, Mark 2021-01-28        0:00
148:17    A. Yes, he has --

148:19 - 148:23  Gurley, Mark 2021-01-28        0:11
148:19    A. Yes, it is my opinion that he has damage to
148:20    his high frequencies.
148:21    Q. (By Ms. Marlowe)  And damage to high
148:22    frequencies --
148:23    A. Excuse me, sensorineural hearing loss, yes.

150:10 - 150:13  Gurley, Mark 2021-01-28        0:14
150:10    Q. (By Ms. Esfandiarifard)  And let's go to the
150:11    last page of this Exhibit 5, and there's Mr. Palanki's
150:12    name and signature, right?  Any reason to doubt the
150:13    authenticity of this document, Dr. Gurley?

150:15 - 150:16  Gurley, Mark 2021-01-28        0:02
150:15    A. I have no reason to doubt the authenticity of
150:16    this.

153:14 - 153:17  Gurley, Mark 2021-01-28        0:09
153:14    Q. Understood.  And in the history of present
153:15    illness, that indicates what a patient reported to you,
153:16    right?
153:17    A. Yes.

153:19 - 154:02  Gurley, Mark 2021-01-28        1:33
153:19    A. Just -- just so we all are clear, I'm sitting

153:20    in a chair, the patient is sitting in a chair.  My
153:21    scribe is scribing.  I'm just talking to the patient.
153:22    Any scribe is hitting bullets, unless I look at her and
153:23    say, Write this down specifically.  She is -- he or she
153:24    is writing down what the patient is saying in summary so
153:25    we don't have a book written out of the highlights of
154:01    what the patient is saying.  I have no reason to believe
154:02    that information in context is incorrect.

154:11 - 154:14    Gurley, Mark 2021-01-28                          0:10
154:11    Q. (By Ms. Esfandiarifard)  Okay.  And you had no
154:12    reason, Dr. Gurley, to test Mr. Palanki's ear muscle
154:13    reflex or acoustic reflexes during his two visits to
154:14    your office, correct?

154:16 - 154:17    Gurley, Mark 2021-01-28                          0:08
154:16    A. No, his facial nerve was intact and he had no
154:17    indication of reporting Stapedial reflexes at that time.

154:18 - 154:21    Gurley, Mark 2021-01-28                          0:14
154:18    Q. (By Ms. Esfandiarifard)  And, Dr. Gurley, your
154:19    testimony under oath is that an OAE test can show hair
154:20    cell damage, but it isn't necessarily conclusive,
154:21    especially where the OAE tests are not repeated, fair?

154:23 - 154:25    Gurley, Mark 2021-01-28                          0:10
154:23    A. It -- it is my opinion that that is correct.
154:24    It doesn't correlate one to one with damage or not
154:25    damage.

155:01 - 155:06    Gurley, Mark 2021-01-28                          0:14
155:01    Q. (By Ms. Esfandiarifard)  Okay.  And earlier          **Re: [155:01 to 155:06]**                      **OVERRULED**
155:02    today, you testified that in your medical practice, you   **Pltf Obj** FRE 401/403; FRE 611
155:03    are familiar with literature that links high cholesterol  leading; vague; lacks
155:04    to hearing issues, you just can't specifically think of   foundation; speculation;
155:05    the name of one off the top of your head right now,       improper opinion; asked and
155:06    right?                                                    answered; FRE 602/701/702

802/805; personal knowledge.

155:08 - 155:10   Gurley, Mark 2021-01-28                              0:08
   155:08      A. Correct.  In my studies for my boards, I have
   155:09      read part of the work up for sudden sensorineural
   155:10      hearing loss is to perform a cholesterol exam.

155:17 - 155:25   Gurley, Mark 2021-01-28                              0:28
   155:17      Q. Perfectly fair.  Let me rephrase that,
   155:18      Dr. Gurley.  You've testified today that the audiogram
   155:19      at Farragut ENT & Allergy where Mr. Palanki visited on
   155:20      two occasions in the last two years only tests up to
   155:21      8000 hertz, fair?
   155:22      A. Correct, correct.
   155:23      Q. Okay.  And isn't it true that anything beyond
   155:24      8000 hertz is a very high frequency similar to a dog
   155:25      whistle was the example you gave earlier, right?

156:02 - 156:06   Gurley, Mark 2021-01-28                              0:17
   156:02      A. That is a correct statement.  Anything --
   156:03      well, really I mean, for -- well, I'm not -- I'm not
   156:04      presenting myself as an expert witness on what is
   156:05      considered hearing loss in a legal term, but to answer
   156:06      your question, that is correct.

156:07 - 156:23   Gurley, Mark 2021-01-28                              1:45
   156:07      Q. (By Ms. Esfandiarifard)  Okay.  And isn't it
   156:08      true, Dr. Gurley, that the majority of hearing and the
   156:09      speech threshold occurs between zero and 4 hertz,
   156:10      right -- 4000?
   156:11      A. No, 250.  250, 500, so the majority of speech
   156:12      is like 5, 3, 3 and a half, 4, in there.
   156:13      Q. Okay.  So let me make sure I get this right,
   156:14      Dr. Gurley.  The majority of speech threshold, meaning
   156:15      everyday speaking, me and you to one another --
   156:16      A. Don't say threshold.  Just say speech ranges.
   156:17      Frequencies.

156:18    Q. Okay.  Let's try this again.  Let's make -- I
156:19    want to get it right.  The majority of speech ranges --
156:20    A. That's fair.
156:21    Q. -- in day-to-day speaking occurs below 4000
156:22    hertz, fair?
156:23    A. I would say --

156:25 - 157:02    Gurley, Mark 2021-01-28    0:13
156:25    A. -- that's a fair statement, yes.
157:01    Q. (By Ms. Esfandiarifard)  Okay.  And, in fact,
157:02    speech ranges don't occur above 8000 hertz, fair?

157:04 - 157:12    Gurley, Mark 2021-01-28    1:38
157:04    A. Can I say I don't know the complete answer to
157:05    that or if anyone knows the actual answer?  In a typical
157:06    speech, you would not be speaking in frequencies at
157:07    12000 typically, yes.
157:08    Q. (By Ms. Esfandiarifard)  That's fair enough.
157:09    And -- and, Dr. Gurley, the test results for Mr. Palanki
157:10    in 2019 and 2019 -- 2020 indicated perfect speech
157:11    recognition scores, fair?
157:12    A. That's a fair statement, correct.

157:13 - 157:19    Gurley, Mark 2021-01-28    0:18
157:13    Q. Okay.  And earlier you testified about kids
157:14    being able to hear a dog whistle and messing with their
157:15    teachers who couldn't hear it.
157:16    A. Yeah.
157:17    Q. And you used that as an example of how it's
157:18    not uncommon for people to lose higher frequency above
157:19    8000 as they get older, fair?

157:21 - 158:05    Gurley, Mark 2021-01-28    1:32
157:21    A. That's a fair statement.  So I'm going to say
157:22    a statement to you that I say to all my patients.  It is
157:23    never normal to lose hearing, so when an old person or
157:24    older person says it's normal that I've lost my hearing,

| | |
|---|---|
| 157:25 | I'm 80, it's never normal to lose hearing.  It doesn't |
| 158:01 | mean it's not unexpected. |
| 158:02 | So I'm answering your questioning with, yes, |
| 158:03 | as people age, you tend to see higher frequencies go out |
| 158:04 | first in my experience and I think that's supported by |
| 158:05 | the literature as well. |