IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Joseph Palanki*<br>Case No. 3:19-cv-02324 | CASE NO.: 3:19-MD-2885-MCR-GRJ<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

## VERIFICATION OF COMPLIANCE WITH PRETRIAL ORDER NO. 85 AND DESTRUCTION OF JUROR QUESTIONNAIRES

Anne M. Sidrys, Nick Wasdin, Christina E. Sharkey, and Charles F. Beall, Jr., as Counsel of Record for 3M Defendants accept responsibility for the juror questionnaires received electronically through CM/ECF for the bellwether trial in the above-captioned cases. As Officers of the Court, we personally verify that no one beyond the individuals listed below reviewed the juror questionnaires, that we and these individuals complied with the terms of Pretrial Order No. 4, and that all hard and electronic copies of the questionnaires were destroyed following completion of jury selection on November 1, 2021.

The individuals who reviewed the juror questionnaires are:

1. Anne M. Sidrys, Kirkland & Ellis LLP

2. Nick Wasdin, Kirkland & Ellis LLP

3. Christina E. Sharkey, Kirkland & Ellis LLP

4. Charles F. Beall, Jr., Moore, Hill & Westmoreland, P.A.

5. Jill Leibold, Litigation Insights

Dated: November 1, 2021

Respectfully submitted,

*/s/ Anne M. Sidrys*
Anne M. Sidrys
Nick Wasdin
Christina E. Sharkey
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel.: (312) 862-2000
asidrys@kirkland.com
nick.wasdin@kirkland.com
christina.sharkey@kirkland.com

Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel.: (202) 389-5991
mike.brock@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 1st day of November 2021, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

Dated:  November 1, 2021

Respectfully submitted,

/s/ Anne M. Sidrys
Anne M. Sidrys
Nick Wasdin
Christina E. Sharkey
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel.: (312) 862-2000
asidrys@kirkland.com
nick.wasdin@kirkland.com
christina.sharkey@kirkland.com

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*